Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number

Lewis R. Landau, Attorney at Law (SBN 143391)
23564 Calabasas Road, Suite 104
Calabasas, CA 91302
Voice and Fax: (888)822-4340
Email:  Lew@Landaunet.com

*Attorney for* Debtor in possession

FOR COURT USE ONLY

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Estate Financial Mortgage Fund, LLC | CHAPTER  11 |
| | CASE NUMBER 9:08-11535 RR |
| | DATE:  9/17/08 |
| | TIME: 2:00 p.m. |
| Debtor. | COURTROOM: 201 |

## NOTICE OF MOTION FOR:

Approval of Post-petition Compensation for David Gould and Lewis R. Landau

*(Specify name of Motion)*

1. TO: Interested parties:

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this Court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith.  Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one.  (If you do not have an attorney, you may wish to consult one.)

| | | | |
|---|---|---|---|
| **Hearing Date:** 9/17/08 | **Time:** 2:00 p.m. | **Courtroom:** 201 | **Floor:** 2 |

☐   **255 East Temple Street, Los Angeles**            ☐   **411 West Fourth Street, Santa Ana**

☐   **21041 Burbank Boulevard, Woodland Hills**      ☒   **1415 State Street, Santa Barbara**

☐   **3420 Twelfth Street, Riverside**

4. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to Local Bankruptcy Rule 9013-1. If you wish to oppose this Motion, you must file a written response with the Bankruptcy Court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date.  If you fail to file a written response to this Motion within such time period, the Court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5. **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the Judge's self-calendaring procedures.

Dated: 8/23/08

Lewis R., Landau, Attorney at Law
*Law Firm Name*

By:   /s/ Lewis R. Landau

Name:  Lewis R. Landau
*Attorney for Movant*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*Revised December 1998 (COA-SA)*

F 9013-1.1

**Lewis R. Landau** (CA Bar No. 143391)
**Attorney-at-Law**
23564 Calabasas Road, Suite 104
Calabasas, California 91302
Voice and Fax: (888) 822-4340
Email: Lew@Landaunet.com

Attorney for
Estate Financial Mortgage Fund, LLC

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>Estate Financial Mortgage Fund, LLC,<br><br>Debtor. | Case No.: 9:08-11535 RR<br>Chapter 11<br><br>**APPLICATION BY DAVID GOULD AND LEWIS R. LANDAU FOR APPROVAL OF POST-PETITION COMPENSATION; DECLARATION OF LEWIS R. LANDAU**<br><br>Date:      September 17, 2008<br>Time:      2:00 p.m.<br>Place:     Courtroom 201<br>               1415 State Street<br>               Santa Barbara, CA 93101 |

David Gould ("Gould"), the former Dissolution Manager for Estate Financial Mortgage Fund, LLC ("Debtor" or "Fund") and Lewis R. Landau, attorney at law ("Landau") herein move for approval of post-petition compensation from the EFMF estate pursuant to paragraph 4 of the Order Approving Temporary Appointment of Dissolution Manager ("Appointment Order') entered July 18, 2008, a true and correct copy of which is attached hereto as Exhibit 1. Gould's and Landau's requests for compensation are set forth in the following memorandum of points and authorities as supported by the declarations and exhibits attached hereto.

### MEMORANDUM OF POINTS AND AUTHORITIES

### I.

### INTRODUCTION[1]

Estate Financial Mortgage Fund, LLC was a California limited liability company formed for the purpose of making or investing in loans secured by deeds of trust on real property located primarily in California. Estate Financial, Inc. ("EFI") is a California corporation and until July 1, 2008, EFI was the managing member of the Fund. EFI is owned by Karen Guth ("Guth") and Joshua Yaguda ("Yaguda"). The Fund was formed on January 17, 2002 and began making or investing in mortgage loans on February 8, 2002. The Fund operated pursuant to an Operating Agreement dated January 29, 2002 ("Operating Agreement").

The maximum capitalization of the Fund was $175,000,000. Over the course of its existence, the Fund primarily invested in construction loans for the purpose of constructing various types of residential and/or commercial properties, which construction loans are subject to construction loan agreements and secured by first deeds of trust encumbering such properties. As of June 30, 2008, approximately 1,700 investors purchased membership interests in the Fund with approximately $170,000,000 in principal contributions to the Fund. The Fund is no longer making loans. The Fund now owns real estate owned ("REO") foreclosed or otherwise recovered properties and interests in deeds of trusts.

On June 25, 2008 an involuntary chapter 11 petition ("Involuntary Petition") was filed against EFI by several alleged creditors. The EFI involuntary chapter 11 case was assigned case number 9:08-11457 RR. Based on certain regulatory actions and litigation activity the Fund became unable to carry on any business and its cash was frozen. With the Fund unable to raise new investment capital or close sales on its existing real estate inventory, the Fund realized a liquidity crisis.

---

[1] The facts recited herein are set forth in the Estate Financial Mortgage Fund, LLC Offering Circular dated March 29, 2006 ("Offering Circular") or Declaration of Joshua Yaguda ("Yaguda Declaration"). A true and correct copy of the Offering Circular is attached to the Yaguda Declaration as docket item number 11 in this case.

1    The inability of the Fund to carry on business constituted an "event of dissolution" under

2    California Corporations Code § 17351(a)(1) and section 9.02 of the Operating Agreement.  Based

3    thereon, EFI took action to institute dissolution proceedings for the Fund.  On June 30, 2008 EFI

4    resolved to wind up and dissolve the Fund under the Operating Agreement and California law.

5    Due to various disputes over management of EFI and the Fund by Guth and Yaguda, EFI

6    determined that it was in the best interests of EFI and the Fund to resign from management and

7    employ professional dissolution management to wind up the affairs of EFI and the Fund through

8    the chapter 11 process.  As such, the Fund employed Gould as substitute manager to manage the

9    dissolution of the Fund in place of EFI.

10    On July 1, 2008, Gould filed a voluntary chapter 11 petition for the Fund.  Landau

11    represented the Fund as Debtor's counsel in filing the petition and thereafter as debtor in

12    possession.  Neither Gould nor Landau received any form of retainer, payment or cost advance for

13    undertaking services in this case.

14    On July 11, 2008, the Debtor moved to approve Gould's employment as Dissolution

15    Manager.  See, case docket item 10.  The United States Trustee ("UST") opposed the motion and

16    although the parties attempted to negotiate a resolution of the UST's concerns, the UST moved for

17    appointment of a chapter 11 trustee.  On July 23, 2008 the Court entered its order directing the

18    UST to appoint a trustee and on July 25, 2008, the Court appointed Bradley D. Sharp as trustee.

19    Although the Court ultimately appointed a trustee under 11 U.S.C. § 1104(a)(2) based on

20    the preferences of parties in interest as expressed at the hearing, the Court nonetheless approved

21    Gould's employment on an interim basis pursuant to the Appointment Order attached hereto as

22    Exhibit 1.  The Appointment Order recognized the validity of Gould's and Landau's action in

23    filing the chapter 11 case and allowed Gould to validly maintain control over the estate until the

24    estate could be transitioned to the newly appointed trustee.

25    In addition, the Appointment Order provides that, "Gould and his professionals shall be

26    entitled to compensation by the estate upon application, after notice and a hearing, to the extent

27    approved by the Court."  Appointment Order at ¶ 4.  This application seeks approval of such

28

3

1  compensation as authorized by the Appointment Order.  Based on all the foregoing, the Court is

2  requested to approve the compensation set forth herein.

3  <center>II.</center>

4  <center>**GOULD REQUESTS COMPENSATION IN THE AMOUNT OF $25,965**</center>

5  Attached hereto as Exhibit 2 is Gould's invoice setting forth Gould's post-petition time

6  incurred on the Debtor's case.  Gould's time totals 58.2 hours at Gould's normal hourly rate of

7  $450 per hour totaling a fee request of $25,965.

8  As set forth in Gould's invoice, Gould incurred time in connection with initiating the

9  chapter 11 case, maintaining case compliance, securing cash and assets of the estate, meeting with

10  key constituencies (investors and the UST) and appearing at three hearings before the Court.  Once

11  the Mr. Sharp was appointed trustee, Gould met with Mr. Sharp and assisted in the transition of

12  the chapter 11 case to the trustee.

13  Based on the foregoing, David Gould requests allowance and payment of $25,965 in fees

14  for final compensation as interim Dissolution Manager as approved by the Court in the Court's

15  Appointment Order.

16  <center>III.</center>

17  <center>**LANDAU REQUESTS COMPENSATION IN THE AMOUNT OF $41,720 AND**</center>

18  <center>**REIMBURSEMENT OF COSTS IN THE AMOUNT OF $1,817**</center>

19  Attached hereto as Exhibit 3 are Landau's contemporaneous time records setting forth

20  Landau's post-petition time incurred in the Debtor's case.  Landau's time totals 104.30 hours at

21  Landau's normal hourly rate of $400 per hour totaling a fee request of $41,720.  Landau also

22  incurred $1,817 in expenses consisting primarily of the $1,039 chapter 11 filing fee for initiating

23  the Debtor's case, certain travel costs associated with meetings at the Debtor's offices and

24  overnight mail charges for serving documents pursuant to the Court's order shortening time for

25  hearing.  Exhibit 3 includes a listing of these expenses.[2]

26

27  _____

28  [2]  Landau also incurred $9,540 in prepetition billing for which reimbursement is not sought herein.

As set forth in Landau's time entries, Landau incurred time in connection with preparing all legal documents to initiate the chapter 11 case, maintaining case compliance, meeting with key constituencies (investors and the UST) and appearing at three hearings before the Court.  Landau also prepared, filed and served all documents required to obtain the interim appointment of Mr. Gould as dissolution manager.  In accordance with requirements of the UST's guidelines for fee applications, Exhibit 4 hereto apportions Landau's time entries into the three activity code categories comprising Landau's fee request: case administration; asset disposition and fee application preparation.

Inasmuch as Landau's services did not extend beyond thirty (30) days from the initiation of the chapter 11 case, Landau has not yet moved for approval of employment as Debtor's counsel under 11 U.S.C. § 327.  To the extent such employment is now necessary for the approval of the within fee request, Landau attaches hereto as Exhibit 5 his statement of disinterestedness and resume.  Landau has not and never has received any retainer, payments or cost advances from the Debtor or any other party for his services to the Fund.  To the extent necessary, Landau requests approval of his employment as the debtor in possession's general counsel during the period of Gould's appointment as supporting the within fee request.

Based on all the foregoing, Landau respectfully requests allowance and payment of $41,720 in fees and reimbursement of costs of $1,817 for services to the debtor in possession.

**IV.**

**<u>CONCLUSION</u>**

For all the reasons set forth herein, David Gould and Lewis R. Landau respectfully request compensation as set forth herein and such other and further relief as the Court deems just and proper under the circumstances.

Dated:  August 23, 2008

**Lewis R. Landau
Attorney at Law**
By:*/s/ Lewis R. Landau*
Lewis R. Landau
Former Attorney for
Debtor in Possession

5

### DECLARATION OF LEWIS R. LANDAU

I, Lewis R. Landau, do hereby declare:

1.    I am an attorney duly admitted to practice law in the State of California and before the United States Bankruptcy Court for the Central District of California.  I am attorney of record for Estate Financial Mortgage Fund, LLC ("Debtor" or "Fund") in chapter 11 case number 9:08-11535 RR.  I have personal knowledge of the facts set forth herein.

2.    On July 1, 2008, David Gould ("Gould") filed a voluntary chapter 11 petition for the Fund.  I represented the Fund as Debtor's counsel in filing the petition and thereafter as debtor in possession.  Neither Gould nor I received any form of retainer, payment or cost advance for undertaking services in the Debtor's case.

3.    On July 11, 2008, the Debtor moved to approve Gould's employment as Dissolution Manager.  See, case docket item 10.  The United States Trustee ("UST") opposed the motion and although the parties attempted to negotiate a resolution of the UST's concerns, the UST moved for appointment of a chapter 11 trustee.  On July 23, 2008 the Court entered its order directing the UST to appoint a trustee and on July 25, 2008, the Court appointed Bradley D. Sharp as trustee.

4.    Although the Court ultimately appointed a trustee under 11 U.S.C. § 1104(a)(2) based on the preferences of parties in interest as expressed at the hearing, the Court nonetheless approved Gould's employment on an interim basis pursuant to the Appointment Order, a true and correct copy of which is attached hereto as Exhibit 1.  The Appointment Order recognized the validity of Gould's and my action in filing the chapter 11 case and allowed Gould to validly maintain control over the estate until the estate could be transitioned to the newly appointed trustee.

5.    Attached hereto as Exhibit 2 is Gould's invoice setting forth Gould's post-petition time incurred on the Debtor's case.  Gould's time totals 58.2 hours at Gould's normal hourly rate of $450 per hour totaling a fee request of $25,965.

6.    As set forth in Gould's invoice, Gould incurred time in connection with initiating the chapter 11 case, maintaining case compliance, securing cash and estate assets, meeting with

1   key constituencies (investors and the UST) and appearing at three hearings before the Court.  Once

2   the Mr. Sharp was appointed trustee, Gould met with Mr. Sharp and assisted in the transition of

3   the chapter 11 case to the trustee.

4           7.      Attached hereto as Exhibit 3 are my contemporaneous time records setting forth my

5   post-petition time incurred in the Debtor's case.  My time totals 104.30 hours at my normal hourly

6   rate of $400 per hour totaling a fee request of $41,720.  I also personally incurred and paid for

7   $1,817 in expenses consisting primarily of the $1,039 chapter 11 filing fee for initiating the

8   Debtor's case, certain travel costs associated with meetings at the Debtor's offices and overnight

9   mail charges for serving documents pursuant to the Court's order shortening time for hearing.

10  Exhibit 3 includes a listing of these expenses.[3]

11          8.      My time in the Debtor's case includes preparing all legal documents to initiate the

12  chapter 11 case, maintaining case compliance, meeting with key constituencies (investors and the

13  UST) and appearing at three hearings before the Court.  I also prepared, filed and served all

14  documents required to obtain the interim appointment of Mr. Gould as dissolution manager.  In

15  accordance with requirements of the UST's guidelines for fee applications, Exhibit 4 hereto

16  apportions my time entries into the three activity code categories comprising my fee request: case

17  administration; asset disposition and fee application preparation.

18          9.      Inasmuch as my services did not extend beyond thirty (30) days from the initiation

19  of the chapter 11 case, I have not yet moved for approval of employment as Debtor's counsel

20  under 11 U.S.C. § 327.  To the extent such employment is now necessary for the approval of the

21  within fee request, attached hereto as Exhibit 5 is my statement of disinterestedness and resume.  I

22  have not and never have received any retainer, payments or cost advances from the Debtor or any

23  other party for my services to the Fund.  To the extent necessary, I request approval of my

24  employment as the debtor in possession's general counsel during the period of Gould's

25  appointment as supporting the within fee request.

26

27  _____

28  [3]   I also incurred $9,540 in prepetition billing for which reimbursement is not sought herein.

7

1    10.    Based on all the foregoing, I respectfully requests allowance and payment of

2    $41,720 in fees and reimbursement of costs of $1,817 for post-petition services to the debtor in

3    possession in this case.

4    I declare under penalty of perjury under the laws of the United States of America that the

5    foregoing is true and correct to the best of my knowledge and belief.

6    Executed this 23rd day of August, 2008 at Los Angeles, California.

7

8    */s/ Lewis R. Landau*
     Lewis R. Landau

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

| | |
|---|---|
| 1 | **Lewis R. Landau** (CA Bar No. 143391) |
| | **Attorney-at-Law** |
| 2 | 23564 Calabasas Road, Suite 104 |
| | Calabasas, California 91302 |
| 3 | Voice and Fax: (888) 822-4340 |
| | Email: Lew@Landaunet.com |
| 4 | |
| | Proposed Attorney for |
| 5 | Estate Financial Mortgage Fund, LLC |

FILED & ENTERED

JUL 18 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY rust        DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**NORTHERN DIVISION**

| | |
|---|---|
| In re | Case No.: 9:08-11535 RR |
| | Chapter 11 |
| Estate Financial Mortgage Fund, LLC, | |
| | **ORDER APPROVING** |
| | **TEMPORARY APPOINTMENT OF** |
| Debtor. | **DISSOLUTION MANAGER** |
| | **[APPLICATION TO SHORTEN TIME FOR** |
| | **HEARING FILED CONCURRENTLY HEREWITH]** |
| | Date:  July 18, 2008 |
| | Time: 10:00 a.m. |
| | Place: Courtroom 201 |

On July 18, 2008, the Court held a hearing on the Motion (the "Motion") filed by Estate

Financial Mortgage Fund, LLC ("Fund") For Interim Orders Approving Assumption Of

Dissolution Manager Employment Agreement And Approving Appointment Of Dissolution

Manager.  At the same time, a similar motion was heard in the Estate Financial Inc. case, Case

No. 9:08-11457 RR ("EFI").  EFI and the Fund are collectively referred to as the "Debtors."

All appearances were as noted in the record of the hearing.

Based on the Motion, the arguments made by counsel at the hearing and the records in the

Debtors' cases, this Court hereby finds that: (a) notice of the Motion is adequate and appropriate

1

1    under the circumstances; (b) all of the Debtors have given their approval of the relief set forth in

2    this Order, both in their own cases and in the respective case of the other debtor;  and (c) other

3    good cause exists for the relief set forth in this Order.

4        IT IS HEREBY ORDERED THAT:

5        1.    The appointment of David Gould ("Gould"), as of June 30, 2008, as the

6    new manager of the Fund pursuant to Corporations Code Section 17352 and the Operating

7    Agreement, for the purposes of winding up and dissolving the business affairs of the Fund is

8    hereby approved, but only until the appointment and qualification of a chapter 11 trustee.

9        2.    Gould is hereby directed and authorized to immediately take all actions

10    reasonably necessary to accomplish the winding up and dissolution of the Fund, including

11    carrying out any activities that otherwise would require a real estate license pursuant to Business

12    and Professions Code Section § 10131 et seq., in accordance with the authority granted by this

13    Order and as set forth in Business and Professions Code Section § 10133(a)(4) and California

14    Corporations Code §§ 17351 and 17352, but only until the appointment and qualification of a

15    chapter 11 trustee.

16        3.    Absent further order of this Court, Gould as a result of and during the term

17    of this Order shall not be required to engage a licensed broker to continue any loan servicing

18    activities incidental to the winding up and dissolution of the Fund.

19        4.    Gould and his professionals shall be entitled to compensation by the estate

20    upon application, after notice and a hearing, to the extent approved by the Court.

21        5.    The position of managing member of the Fund will be deemed filled by

22    Gould, with the title Dissolution Manager, during the winding up and dissolution process, but only

23    until the appointment and qualification of a chapter 11 trustee.

24        6.    The resignations of Karen Guth and Joshua Yaguda as officers of EFI, and

25    EFI as the managing member of the Fund as of July 1, 2008, are confirmed and approved.

26        7.    Gould is designated under Bankruptcy Rule 9001(5) until the appointment

27    and qualification of a chapter 11 trustee,  to take all actions necessary to implement this change in

28    management and is authorized to execute, deliver, file, or record such contracts, instruments,

1  releases, and other agreements or documents and to take such other actions as he may determine to

2  be necessary or appropriate to effectuate, implement, and further evidence the ordinary course of a

3  wind down and dissolution of business, and any or all such documents shall be accepted by each

4  of the respective local or state filing offices and recorded in accordance with applicable state law

5  and shall become effective in accordance with their terms and the provisions of state law.

6          8.      Absent further order of this Court, Gould shall not be required to engage a

7  licensed broker to continue any loan servicing activities incidental to the winding up and

8  dissolution of the Fund during the term of this Order.

9          9.      Except as set forth in this Order, all rights, claims, causes of action,

10  defenses, and counterclaims are expressly and specifically preserved to all parties in interest.

11          10.     Neither the Debtors nor the estates is hereby deemed to waive, relinquish,

12  or abandon (nor shall they be estopped or otherwise precluded from asserting) any right, claim,

13  cause of action, defense, or counterclaim that constitutes property of such debtor's estate or is

14  assertable by such estate.

15          11.     The ten (10) day stay provided for in Federal Rules of Bankruptcy

16  Procedure 6004(h) is hereby waived.

17          12.     The deadline for the Debtor to file schedules, lists and statements is

18  extended to and including August 15, 2008.

19  #

20  #

21  #

22  #

23  #

24  #DATED: July 18, 2008

*Robin Riblet*

_____
United States Bankruptcy Judge

25  #

26  #

27  #

28  #

INTERIM ORDER APPROVING ASSUMPTION OF DISSOLUTION MANAGER EMPLOYMENT AGREEMENT
AND APPROVING APPOINTMENT OF DISSOLUTION MANAGER

# EXHIBIT 2

**David Gould, A Professional Corporation**
**23801 Calabasas Rd.**
**Calabasas, CA 91302**
**818.222.8092 (voice); 818.449.4803 (fax); 310.600.9600 (cell)**
**dgould@davidgouldlaw.com**
**Tax ID# 95-3742724**

–

Invoice submitted to:
Estate Financial Mortgage Fund, LLC
c/o David Gould, 23801 Calabasas Road, Suite 2032
Calabasas, CA 91302

| | |
|---|---|
| Invoice # | **20083** |
| Invoice Date | **08/23/2008** |
| For Services Through | 08/23/2008 |

| Date | Service Summary | Hours/Rate | Amount |
|---|---|---|---|
| | **In Reference To:  Chapter 11 (Labor)** | | |
| 06/28/2008 | Telephone conference with Lewis R. Landau re Fund management issues | 0.20 at $0.00/hr | $0.00 |
| 06/30/2008 | Review and approve chapter 11 petition | 0.30 at $0.00/hr | $0.00 |
| 07/02/2008 | Telephone conference with Lewis R. Landau re retention of Omni Management Group | 0.20 at $450.00/hr | $90.00 |
| 07/02/2008 | Review memo from Lewis R. Landau to Robert L. Berger re tasks to be performed | 0.10 at $450.00/hr | $45.00 |
| 07/02/2008 | Telephone conference with Lewis R. Landau re new case requirement compliance | 0.30 at $450.00/hr | $135.00 |
| 07/03/2008 | Telephone conference with Eric Schwarz re opening of new bank accounts at City National Bank | 0.20 at $450.00/hr | $90.00 |
| 07/07/2008 | Telephone conference with Lewis R. Landau re meeting with Department of Real Estate | 0.20 at $450.00/hr | $90.00 |
| 07/08/2008 | Review memo from William C. Beall re article in San Luis Obispo Tribune; review memos from Lewis R. Landau and M. Freddie Reiss re same | 0.10 at $450.00/hr | $45.00 |
| 07/08/2008 | Review memos from William C. Beall and M. Freddie Reiss re call with Martin J. Brill and proposed meeting | 0.10 at $450.00/hr | $45.00 |
| 07/08/2008 | Telephone conference with Martin J. Brill re meeting with his clients | 0.30 at $450.00/hr | $135.00 |
| 07/08/2008 | Review memo from Lewis R. Landau to Martin J. Brill re time and location for meeting | 0.10 at $450.00/hr | $45.00 |
| 07/08/2008 | Telephone conference with Peter Susi re motion for relief from stay set for July 14th | 0.40 at $450.00/hr | $180.00 |
| 07/08/2008 | Telephone conference with Robert L. Berger, William C. Beall, Lewis R. Landau, and M. Freddie Reiss | 1.10 at $450.00/hr | $495.00 |
| 07/08/2008 | Review memos from Robert L. Berger, Eric Swartz and Lewis R. Landau re security of electronic information | 0.10 at $450.00/hr | $45.00 |
| 07/09/2008 | Conference with Eric Schwarz re computer security issues | 0.20 at $450.00/hr | $90.00 |
| 07/09/2008 | Review memos from William C. Beall and Lewis R. Landau re hearing on July 14 2008; prepare memo to Lewis R. Landau re same | 0.10 at $450.00/hr | $45.00 |
| 07/09/2008 | Telephone conference with Robert L. Berger re security of electronic data issues | 0.30 at $450.00/hr | $135.00 |
| 07/09/2008 | Telephone conference with S. Guy Puccio re regulatory issues | 0.20 at $450.00/hr | $90.00 |
| 07/09/2008 | Telephone conference with A. J. Kroener re bank account opening; review and execute signature cards | 0.10 at $450.00/hr | $45.00 |
| 07/09/2008 | Review memos from Robert L. Berger and Eric Schwarz re computer security | 0.10 at $450.00/hr | $45.00 |
| 07/09/2008 | Review memo from Martin J. Brill re meeting after hearing on 7/14 in Santa Barbara | 0.10 at $450.00/hr | $45.00 |
| 07/10/2008 | Review memos from Lewis R. Landau and William C. Beall re moratorium of recording assignments from EFI to EFMF | 0.10 at $450.00/hr | $45.00 |
| 07/10/2008 | Telephone conference with Peter Susi re meeting with investors | 0.20 at $450.00/hr | $90.00 |
| 07/10/2008 | Review memos from Tamara McGrath and M. Freddie Reiss re need to promptly | 0.10 at $450.00/hr | $45.00 |

**David Gould, A Professional Corporation**
**23801 Calabasas Rd.**
**Calabasas, CA 91302**
**818.222.8092 (voice); 818.449.4803 (fax); 310.600.9600 (cell)**
**dgould@davidgouldlaw.com**
**Tax ID# 95-3742724**

–

Invoice submitted to:
Estate Financial Mortgage Fund, LLC
c/o David Gould, 23801 Calabasas Road, Suite 2032
Calabasas, CA 91302

| | |
|---|---|
| Invoice # | **20083** |
| Invoice Date | **08/23/2008** |
| For Services Through | 08/23/2008 |

| | | | |
|---|---|---|---|
| | resolve title issues | | |
| 07/10/2008 | Review memo from Arthur Bee re need to retain office staff; prepare memo to Arthur Bee re same | 0.10 at $450.00/hr | $45.00 |
| 07/10/2008 | Review memo from William C. Beall with draft of motion to approve appointment of M. Freddie Reiss as CEO of EFI | 0.20 at $450.00/hr | $90.00 |
| 07/10/2008 | Prepare memo to William C. Beall with comments on motion to approve the interim employment of M. Freddie Reiss | 0.10 at $450.00/hr | $45.00 |
| 07/10/2008 | Telephone conference with Michael E. Busch re possible retention by title company to assist with title issues | 0.50 at $450.00/hr | $225.00 |
| 07/10/2008 | Telephone conference with Peter Susi re meeting with investors on July 11, 2008 at his office | 0.20 at $450.00/hr | $90.00 |
| 07/10/2008 | Review memo from Jim Cambell re possible assistance with case | 0.10 at $450.00/hr | $45.00 |
| 07/10/2008 | Review memo from Brian Osborn with draft creditor/investor matrix; prepare memo to Brian Osborn re same | 0.10 at $450.00/hr | $45.00 |
| 07/10/2008 | Telephone conference with Kathy Benavides of First American Title Insurance Company re pending escrows | 0.30 at $450.00/hr | $135.00 |
| 07/10/2008 | Prepare memo to M. Freddie Reiss re pending escrows at First American Title Insurance in Paso Robles | 0.10 at $450.00/hr | $45.00 |
| 07/10/2008 | Review memo from William C. Beall re moving hearing to 7/15 at request of United States Trustee; prepare memo to Lewis R. Landau re same | 0.10 at $450.00/hr | $45.00 |
| 07/10/2008 | Review memo from Katherine Windler re input from regulators concerning form of orders | 0.10 at $450.00/hr | $45.00 |
| 07/11/2008 | Meeting with major investors at offices of Michaelson, Susi & Michaelson | 6.00 at $450.00/hr | $2,700.00 |
| 07/14/2008 | Attend hearing on interim application to approve appointment as Dissolution Manager | 4.50 at $450.00/hr | $2,025.00 |
| 07/14/2008 | Apperance at hearing on motion for relief from stay; conference with creditors and investors following hearing | 4.50 at $450.00/hr | $2,025.00 |
| 07/14/2008 | Request for special notice by Bryan Cave LLP | 0.10 at $450.00/hr | $45.00 |
| 07/15/2008 | Attend meeting at offices of Debtor in Paso Robles with Lewis R. Landau, M. Freddie Reiss and staff re allocation of responsiblities | 11.00 at $450.00/hr | $4,950.00 |
| 07/15/2008 | Review objection of United States Trustee to application to approve employment as dissolution manager and request for appointment of chapter 11 trustee | 0.40 at $450.00/hr | $180.00 |
| 07/16/2008 | Appearance at hearing re application to approve appointment as dissolution manager | 5.00 at $450.00/hr | $2,250.00 |
| 07/16/2008 | Meeting with Peter C. Anderson, Jennifer Braun and Marjorie Erickson re appointment of chapter 11 trustee | 4.00 at $450.00/hr | $1,800.00 |
| 07/17/2008 | Review entered order for relief in Estate Financial Inc. | 0.10 at $450.00/hr | $45.00 |
| 07/17/2008 | Review 7-Day Package and supplement thereto in Estate Financial Mortgage Fund, LLC | 0.30 at $450.00/hr | $135.00 |
| 07/18/2008 | Appearance at hearing on appointment of interim dissolution manager; conference with Marjorie Erickson and Jennifer Braun re transition issues | 6.50 at $450.00/hr | $2,925.00 |

**David Gould, A Professional Corporation**
**23801 Calabasas Rd.**
**Calabasas, CA 91302**
**818.222.8092 (voice); 818.449.4803 (fax); 310.600.9600 (cell)**
**dgould@davidgouldlaw.com**
**Tax ID# 95-3742724**

–

Invoice submitted to:
Estate Financial Mortgage Fund, LLC
c/o David Gould, 23801 Calabasas Road, Suite 2032
Calabasas, CA 91302

| | |
|---|---|
| Invoice # | **20083** |
| Invoice Date | **08/23/2008** |
| For Services Through | 08/23/2008 |

| Date | Description | Rate | Amount |
|---|---|---|---|
| 07/18/2008 | Telephone conference with Tom Stephens re arranging of private security guards for the period until trustee qualifies | 0.30 at $450.00/hr | $135.00 |
| 07/18/2008 | Telephone conference with Robert L. Berger re arrangements for private security for offices until qualification by trustee | 0.20 at $450.00/hr | $90.00 |
| 07/23/2008 | Conference with Eric Schwarz re check for payment of statement from private security to secure premises | 0.20 at $450.00/hr | $90.00 |
| 07/24/2008 | Review motion to sell real property free and clear of liens and encumberances and order shortening time thereon (107 Bates View Court, San Marcos, CA 92069 | 0.20 at $450.00/hr | $90.00 |
| 07/25/2008 | Review entered order directing the appointment of chapter 11 trustees in Estate Financial Inc. and Estate Financial Mortgage Fund, LLC | 0.10 at $450.00/hr | $45.00 |
| 07/25/2008 | Review memo from and prepare memo to Bradley D. Sharp re meeting with newly appointed chapter 11 trustee | 0.10 at $450.00/hr | $45.00 |
| 07/25/2008 | Telephone conference with Jennifer Braun re appointment of trustees | 0.20 at $450.00/hr | $90.00 |
| 07/28/2008 | Conference with Bradley D. Sharp and staff andRobert L. Berger re operational issues | 3.00 at $450.00/hr | $1,350.00 |
| 07/28/2008 | Review entered orders approving appointment of chapter 11 trustees | 0.10 at $450.00/hr | $45.00 |
| 07/28/2008 | Telephone conference with Katerine Windler re meeting with Karen Guth and Joshua Yaguda | 0.50 at $450.00/hr | $225.00 |
| 07/29/2008 | Conference with Bradley D. Sharp, Joseph A. Eisenberg, David M. Poitras and Thomas Geher re assets and liabilities of debtor | 3.00 at $450.00/hr | $1,350.00 |
| 07/31/2008 | Telephone conference with Bradley D. Sharp, Chapter 11 Trustee, re outcome of meeting with principals of debtor and proposed move of office facilities | 0.30 at $450.00/hr | $135.00 |
| 07/31/2008 | Prepare memo to A. J. Kroener re change of signature cards to Bradley D. Sharp, Chapter 11 Trustee; review memos from A. J. Kroener and Matt Sorenson re same | 0.10 at $450.00/hr | $45.00 |
| 07/31/2008 | Review statement from Tom Stephens Investigtions for security at 806 9th Street, Paso Robles, CA; execute check in payment of same | 0.10 at $450.00/hr | $45.00 |
| 07/31/2008 | Prepare memo to Tom Stephens re continued security at debtor's business location | 0.10 at $450.00/hr | $45.00 |
| 08/06/2008 | Telephone conference with Tom Stephens re billing for continued security services | 0.10 at $450.00/hr | $45.00 |
| 08/07/2008 | Review billing for continued security services from Tom Stephens; prepare memo to chapter 11 trustee re same | 0.10 at $450.00/hr | $45.00 |

|  |  |
|---|---|
| *Total Hours:* | *58.20 hrs* |
| *Labor:* | *$25,965.00* |
| **Total Amount:** | **$25,965.00** |

# EXHIBIT 3

Project Summary Report                                                                          Page 1 of 4

## Lewis R. Landau Attorney-at-Law - Project Summary Report

07/01/2008 - 08/31/2008

Client: **Estate Financial Mortgage Fund, LLC**  Project: **All Projects**  Project Type: **All Types**  Activity Type: **All Types**

| Date | Client | Description | Billable Time | Billable Amount |
|---|---|---|---|---|
| | **EFMF, LLC** | | | |
| 07/01/2008 | Estate Financial Mortgage Fund, LLC | Complete and file chapter 11 petition. | 1.00 | $400.00 |
| 07/01/2008 | Estate Financial Mortgage Fund, LLC | Email to interested parties re EFMF petition filing. | 0.30 | $120.00 |
| 07/01/2008 | Estate Financial Mortgage Fund, LLC | Call with Attys Shulman and Bradshaw re EFI and EFMF chapter 11 issues. | 0.80 | $320.00 |
| 07/01/2008 | Estate Financial Mortgage Fund, LLC | Multiple email exchanges with all parties in interest re preparation of EFMF voluntary petition, list of top 20 largest creditors, mailing list and resolutions. | 3.00 | $1,200.00 |
| 07/01/2008 | Estate Financial Mortgage Fund, LLC | Calls with Mr. Gould, Atty Windler, Ms. Guth and Mr. Yaguda re petition preparation and EFI status. | 1.50 | $600.00 |
| 07/01/2008 | Estate Financial Mortgage Fund, LLC | Legal research re licensing exemption for manager operating under Court order. | 1.00 | $400.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Gould re organizing new case requirements. | 0.30 | $120.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Email exchanges with Omni re new case requirements. | 0.50 | $200.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Berger re administrative duties. | 0.30 | $120.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Windler re EFI and EFMF legal issues. | 1.00 | $400.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Reiss re EFI and EFMF chapter 11 cases. | 0.40 | $160.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Calendar all chapter 11 dates and deadlines for new case. | 0.30 | $120.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Emails re scheduling DRE and DOC conferences. | 0.30 | $120.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Call with court clerk re addendum to petition and deficiencies. | 0.10 | $40.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Emails with Mr. Berger re recording EFI and EFMF petitions in 19 counties. | 0.20 | $80.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Gould re case status. | 0.20 | $80.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Emails with Atty Windler re licensing issues and research re DRE issues. | 1.00 | $400.00 |
| 07/03/2008 | Estate Financial Mortgage Fund, LLC | Emails re documentation required to open Gould bank accounts. | 0.20 | $80.00 |
| 07/03/2008 | Estate Financial Mortgage Fund, LLC | Review Centennial motion for relief from stay and supporting papers. | 1.50 | $600.00 |
| 07/03/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Windler re Centennial and case status. | 0.40 | $160.00 |
| 07/03/2008 | Estate Financial Mortgage Fund, LLC | Emails with client re closing pending sales. | 0.20 | $80.00 |
| 07/03/2008 | Estate Financial Mortgage Fund, LLC | Call with Omni re results of meeting at EFI offices. | 0.40 | $160.00 |
| 07/04/2008 | Estate Financial Mortgage Fund, LLC | Emails with Mr. Gould re status and short trm agenda. | 0.20 | $80.00 |
| 07/04/2008 | Estate Financial Mortgage Fund, LLC | Research re motion for order appointing dissolution manager. | 1.00 | $400.00 |
| 07/05/2008 | Estate Financial Mortgage Fund, LLC | Email with Atty Windler re EFMF first day filings. | 1.30 | $520.00 |
| 07/06/2008 | Estate Financial Mortgage Fund, LLC | Emails with Atty Windler re first day motion requirements. | 0.40 | $160.00 |

| Date | Client | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/2008 | Estate Financial Mortgage Fund, LLC | Draft motion to assume Gould employment agreement and appoint Gould dissolution manager. | 3.00 | $1,200.00 |
| 07/06/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Windler re strategy for calls with interested parties on Monday. | 0.50 | $200.00 |
| 07/07/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Berger re EFI employees, schedules and case management issues. | 0.40 | $160.00 |
| 07/07/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Susi re Gould appointment as Dissolution Manager for Fund. | 0.40 | $160.00 |
| 07/07/2008 | Estate Financial Mortgage Fund, LLC | Prepare motion to confirm Gould's appointment as Dissolution Manager. | 2.50 | $1,000.00 |
| 07/07/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Windler re DRE issues and status of motion for relief from stay. | 0.30 | $120.00 |
| 07/07/2008 | Estate Financial Mortgage Fund, LLC | Review proposed order to DRE re Gould appointment. | 0.30 | $120.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Review news article and email exchanges with EFI and EFMF representatives re press releases. | 0.40 | $160.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Windler re background facts for Gould appointment motion. | 1.20 | $480.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Conference call with EFI and EFMF professionals re interim motion to approve appointments and management issues. | 0.30 | $120.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Continued drafting work on motion for interim approval of Gould employment agreement and designation as Fund manager. | 2.50 | $1,000.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Gould and Atty Windler re revising proposed order on dissolution manager designation for DRE approval. | 0.40 | $160.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Emails re Omni securing EFI computer data. | 0.20 | $80.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Gould (2x) re discussions with parties in interest re stipulations for management. | 0.50 | $200.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Review order shortening time on Centennial motion for relief from stay and emails with EFI and EFMF professionals re response strategy. | 0.30 | $120.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Emails re meetings with active constituencies. | 0.40 | $160.00 |
| 07/09/2008 | Estate Financial Mortgage Fund, LLC | Emails with EFI and EFMF professionals re meetings with interested parties, DRE and motion timing. | 0.50 | $200.00 |
| 07/09/2008 | Estate Financial Mortgage Fund, LLC | Revise Gould appointment order for interim approval. | 0.30 | $120.00 |
| 07/09/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Puccio re revisions to interim order and DRE status. | 0.20 | $80.00 |
| 07/09/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Susi re terms for consensual Gould appointment order. | 0.40 | $160.00 |
| 07/09/2008 | Estate Financial Mortgage Fund, LLC | Email with Atty Beall re DRE approval of appointment orders. | 0.20 | $80.00 |
| 07/09/2008 | Estate Financial Mortgage Fund, LLC | Emails exchanges with Mr. Gould, Mr. Reiss and Atty Beall re completing appointment motions, DRE approval, setting hearing and operational issues involving employees and facility management. | 1.00 | $400.00 |
| 07/09/2008 | Estate Financial Mortgage Fund, LLC | Emails with Omni re securing computer data. | 0.20 | $80.00 |
| 07/10/2008 | Estate Financial Mortgage Fund, LLC | Emails re procedural aspects of 363(h) sales. | 0.30 | $120.00 |
| 07/10/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Gould re sales and title issues. | 0.30 | $120.00 |
| 07/10/2008 | Estate Financial Mortgage Fund, LLC | Review EFI draft motion to appoint Reiss. | 0.20 | $80.00 |
| 07/10/2008 | Estate Financial Mortgage Fund, LLC | Review and revise Gould appointment motion, supporting declarations, request for judicial notice, application to shorten time for hearing and DRE approved order and order shortening time for hearing. | 4.00 | $1,600.00 |
| 07/10/2008 | Estate Financial Mortgage Fund, LLC | Emails exchanges with all EFI and EFMF professionals re evaluating asset portfolios. | 0.40 | $160.00 |
| | Estate Financial | Emails with Mr. Gould and Atty Busch re commencing title | 0.20 | |

| 07/10/2008 | Mortgage Fund, LLC | company involvement in solving policy issuance problems. | | $80.00 |
|---|---|---|---|---|
| 07/10/2008 | Estate Financial Mortgage Fund, LLC | Review requested changes to Gould appointment order from Atty Susi on behalf of major investors. | 0.30 | $120.00 |
| 07/10/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Susi re changes to Gould appointment order, status of relief from stay motion and investor issues. | 0.20 | $80.00 |
| 07/11/2008 | Estate Financial Mortgage Fund, LLC | Finalize and file motion to assume Gould employment agreement and appoint Gould dissolution manager on interim basis, declarations in support, application to shorten time and two orders. | 2.00 | $800.00 |
| 07/11/2008 | Estate Financial Mortgage Fund, LLC | Meeting with primary active investor group at Atty Susi offices re concerns and investor position on pending matters. | 6.00 | $2,400.00 |
| 07/11/2008 | Estate Financial Mortgage Fund, LLC | Prepare notice of hearing on shortened time per Court's order shortening time and manage service project to insure compliance with order shortening time for hearing on July 16. | 2.00 | $800.00 |
| 07/11/2008 | Estate Financial Mortgage Fund, LLC | Call with Omni re addresssing investor concerns regarding security at office facility; UST filings and schedules preparation. | 0.50 | $200.00 |
| 07/11/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Beall re coordination of shortened time hearing service projects. | 0.30 | $120.00 |
| 07/12/2008 | Estate Financial Mortgage Fund, LLC | Review spreadsheets re loan portfolio status. | 0.80 | $320.00 |
| 07/12/2008 | Estate Financial Mortgage Fund, LLC | Review papers filed in EFI case to employ M. Freddie Reiss as CEO. | 0.70 | $280.00 |
| 07/12/2008 | Estate Financial Mortgage Fund, LLC | Complete, file and serve proof of service of hearing on shortened time re Gould appointment. | 0.50 | $200.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Appear at hearing on EFI relief from stay and consent re claim liquidation in EFMF, initial case evaluation by Court, post-hearing calls with counsel and interested parties. | 4.50 | $1,800.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Susi re status of special counsel employment. | 0.20 | $80.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Frederickson re employment issues and revisions to EFI employment order. | 0.30 | $120.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Review UST 7 day package and email comments and revisions to Mr. Gould and Omni Management. | 1.00 | $400.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Review schedules and spreadsheets re property status. | 1.50 | $600.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Review file re Curbaril sale. | 0.30 | $120.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Review organization chart of remaining employees and duties at EFI. | 0.30 | $120.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Prepare requests for special notice for Mr. Gould. | 0.20 | $80.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Email with insurance counsel re coverage issues. | 0.30 | $120.00 |
| 07/15/2008 | Estate Financial Mortgage Fund, LLC | Full day meeting at EFI offices in Paso Robles with Mr. Gould, Mr. Reiss and staff re preparation of triage of case responsibilities and duties. | 11.00 | $4,400.00 |
| 07/15/2008 | Estate Financial Mortgage Fund, LLC | Review UST objection to Debtor's motion to assume dissolution manager employment agreement and appoint Mr. Gould as dissolution manager and request for sua sponte chapter 11 trustee appointment. | 1.00 | $400.00 |
| 07/16/2008 | Estate Financial Mortgage Fund, LLC | Appear at hearing before Judge Riblet re motion to appoint dissolution manager and UST opposition; matter continued to 7/18 to allow for UST negotiations over trustee appointments; including pre-hearing and post-hearing meetings and conferences among counsel at Courthouse. | 5.00 | $2,000.00 |
| 07/16/2008 | Estate Financial Mortgage Fund, LLC | Meeting at UST office in Woodland Hills with Mr. Anderson, Attys Braun and Erickson re analysis of ability to resolve issues for appointing Mr. Gould and Mr. Reiss as chapter 11 trustees for EFI and EFMF. | 4.00 | $1,600.00 |
| 07/16/2008 | Estate Financial | Research re other cases involving CRO appointment disputes with UST and locating briefs for assistance with | 1.00 | $400.00 |

| | | | | |
|---|---|---|---|---|
| | Mortgage Fund, LLC | preparation of reply due tomorrow. | | |
| 07/16/2008 | Estate Financial Mortgage Fund, LLC | Prepare opening statement and review case files for hearing on dissolution manager appointment. | 1.30 | $520.00 |
| 07/16/2008 | Estate Financial Mortgage Fund, LLC | Review draft schedules by Omni and forward to UST in lieu of filing due to uncertainty in dissolution manager status. | 0.50 | $200.00 |
| 07/17/2008 | Estate Financial Mortgage Fund, LLC | Review sample briefs from other CRO cases re preparation of reply to UST opposition to appointments. | 1.50 | $600.00 |
| 07/17/2008 | Estate Financial Mortgage Fund, LLC | Prepare reply to UST opposition to motion to appoint dissolution manager. | 4.00 | $1,600.00 |
| 07/18/2008 | Estate Financial Mortgage Fund, LLC | Appear at final hearing on appointment of Dissolution Manager before Judge Riblet; appointments approved on interim basis pending chapter 11 trustee appointments; includes time negotiating and obtaining entry of interim appointment order. | 6.50 | $2,600.00 |
| 07/18/2008 | Estate Financial Mortgage Fund, LLC | Emails with various interested parties re status of interim appointments, immediate action items and planning for trustee transition. | 0.40 | $160.00 |
| 07/21/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Susi re trustee appointments. | 0.20 | $80.00 |
| 07/21/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Windler re security at EFI offices. | 0.40 | $160.00 |
| 07/21/2008 | Estate Financial Mortgage Fund, LLC | Emails with Mr. Reiss re counteroffer on pending Woodland Hills property sale. | 0.30 | $120.00 |
| 07/21/2008 | Estate Financial Mortgage Fund, LLC | Review emails re communications by various parties implying EFI consent to actions. | 0.50 | $200.00 |
| 07/21/2008 | Estate Financial Mortgage Fund, LLC | Demand letter to Atty Fairbairn re cease and desist communications to investors suggesting approval by EFI. | 0.50 | $200.00 |
| 07/22/2008 | Estate Financial Mortgage Fund, LLC | Call with UST re investor confliict lists for prospective trustees. | 0.30 | $120.00 |
| 07/22/2008 | Estate Financial Mortgage Fund, LLC | Review investor lists and forward to UST for use in Trustee selection process re conflicts. | 0.50 | $200.00 |
| 07/24/2008 | Estate Financial Mortgage Fund, LLC | Review motion to sell property by EFI estate. | 0.50 | $200.00 |
| 08/18/2008 | Estate Financial Mortgage Fund, LLC | Emails with Mr. Gould and Mr. Reiss re fee application preparation issues. | 0.40 | $160.00 |
| 08/23/2008 | Estate Financial Mortgage Fund, LLC | Prepare Gould and Landau applications for compensation. | 3.00 | $1,200.00 |
| | | **Total For EFMF, LLC** | **104.30** | **$41,720.00** |

**Grand Totals:    104.30    $41,720.00**

## Lewis R. Landau Attorney-at-Law - Expense Report by User

| | | | | | 07/01/2008 - 08/23/2008 |
|---|---|---|---|---|---|
| Client: **EFMF** | | Tech: **All Users** | | Reimburse Filter: | **All Expenses** |

| Expense Date | ID | Client | Expense Type | Description | Cost Price | Sell Price |
|---|---|---|---|---|---|---|
| **Lewis Landau** | | | | | | |
| 07/01/2008 R | | | Court Filing Fees | Chapter 11 filing fee. | $1,039.00 | $1,039.00 |
| 07/11/2008 R | | | Mailing/Postage | Overnight Express; Invoice # 962984 | $423.05 | $423.05 |
| 07/15/2008 R | | | Meal | Working lunch at EFI. | $60.16 | $60.16 |
| 07/15/2008 R | | | Travel/Lodging | Overnight stay Landau & Gould at Paso Robles Inn. | $250.00 | $250.00 |
| 07/15/2008 R | | | Meal | Breakfast with Mr. Gould while traveling to Paso Robles. | $45.00 | $45.00 |
| | | | | **Total For Lewis Landau** | **$1,817.21** | **$1,817.21** |
| | | | | **Grand Totals** | **$1,817.21** | **$1,817.21** |

# EXHIBIT 4

## Lewis R. Landau Attorney-at-Law - Project Summary Report

07/01/2008 - 08/31/2008

Client: **Estate Financial Mortgage Fund, LLC**    Project: **All Projects**    Project Type: **All Types**    Activity Type: **Case Administration**

| Date | Client | Description | Billable Time | Billable Amount |
|------|--------|-------------|---------------|-----------------|
| | **EFMF, LLC** | | | |
| 07/01/2008 | Estate Financial Mortgage Fund, LLC | Complete and file chapter 11 petition. | 1.00 | $400.00 |
| 07/01/2008 | Estate Financial Mortgage Fund, LLC | Email to interested parties re EFMF petition filing. | 0.30 | $120.00 |
| 07/01/2008 | Estate Financial Mortgage Fund, LLC | Call with Attys Shulman and Bradshaw re EFI and EFMF chapter 11 issues. | 0.80 | $320.00 |
| 07/01/2008 | Estate Financial Mortgage Fund, LLC | Multiple email exchanges with all parties in interest re preparation of EFMF voluntary petition, list of top 20 largest creditors, mailing list and resolutions. | 3.00 | $1,200.00 |
| 07/01/2008 | Estate Financial Mortgage Fund, LLC | Calls with Mr. Gould, Atty Windler, Ms. Guth and Mr. Yaguda re petition preparation and EFI status. | 1.50 | $600.00 |
| 07/01/2008 | Estate Financial Mortgage Fund, LLC | Legal research re licensing exempton for manager operating under Court order. | 1.00 | $400.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Gould re organizing new case requirements. | 0.30 | $120.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Email exchanges with Omni re new case requirements. | 0.50 | $200.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Berger re administrative duties. | 0.30 | $120.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Windler re EFI and EFMF legal issues. | 1.00 | $400.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Reiss re EFI and EFMF chapter 11 cases. | 0.40 | $160.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Calendar all chapter 11 dates and deadlines for new case. | 0.30 | $120.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Emails re scheduling DRE and DOC conferences. | 0.30 | $120.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Call with court clerk re addendum to petition and deficiencies. | 0.10 | $40.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Emails with Mr. Berger re recording EFI and EFMF petitions in 19 counties. | 0.20 | $80.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Gould re case status. | 0.20 | $80.00 |
| 07/02/2008 | Estate Financial Mortgage Fund, LLC | Emails with Atty Windler re licensing issues and research re DRE issues. | 1.00 | $400.00 |
| 07/03/2008 | Estate Financial Mortgage Fund, LLC | Emails re documentation required to open Gould bank accounts. | 0.20 | $80.00 |
| 07/03/2008 | Estate Financial Mortgage Fund, LLC | Review Centennial motion for relief from stay and supporting papers. | 1.50 | $600.00 |
| 07/03/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Windler re Centennial and case status. | 0.40 | $160.00 |
| 07/03/2008 | Estate Financial Mortgage Fund, LLC | Call with Omni re results of meeting at EFI offices. | 0.40 | $160.00 |
| 07/04/2008 | Estate Financial Mortgage Fund, LLC | Emails with Mr. Gould re status and short trm agenda. | 0.20 | $80.00 |
| 07/04/2008 | Estate Financial Mortgage Fund, LLC | Research re motion for order appointing dissolution manager. | 1.00 | $400.00 |
| 07/05/2008 | Estate Financial Mortgage Fund, LLC | Email with Atty Windler re EFMF first day filings. | 1.30 | $520.00 |
| 07/06/2008 | Estate Financial Mortgage Fund, LLC | Emails with Atty Windler re first day motion requirements. | 0.40 | $160.00 |
| | Estate Financial | Draft motion to assume Gould employment agreement and | 3.00 | |

| Date | Client | Description | Hours | Amount |
|---|---|---|---|---|
| 07/06/2008 | Mortgage Fund, LLC | appoint Gould dissolution manager. | | $1,200.00 |
| 07/06/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Windler re strategy for calls with interested parties on Monday. | 0.50 | $200.00 |
| 07/07/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Berger re EFI employees, schedules and case management issues. | 0.40 | $160.00 |
| 07/07/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Susi re Gould appointment as Dissolution Manager for Fund. | 0.40 | $160.00 |
| 07/07/2008 | Estate Financial Mortgage Fund, LLC | Prepare motion to confirm Gould's appointment as Dissolution Manager. | 2.50 | $1,000.00 |
| 07/07/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Windler re DRE issues and status of motion for relief from stay. | 0.30 | $120.00 |
| 07/07/2008 | Estate Financial Mortgage Fund, LLC | Review proposed order to DRE re Gould appointment. | 0.30 | $120.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Review news article and email exchanges with EFI and EFMF representatives re press releases. | 0.40 | $160.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Windler re background facts for Gould appointment motion. | 1.20 | $480.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Conference call with EFI and EFMF professionals re interim motion to approve appointments and management issues. | 0.30 | $120.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Continued drafting work on motion for interim approval of Gould employment agreement and designation as Fund manager. | 2.50 | $1,000.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Gould and Atty Windler re revising proposed order on dissolution manager designation for DRE approval. | 0.40 | $160.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Emails re Omni securing EFI computer data. | 0.20 | $80.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Gould (2x) re discussions with parties in interest re stipulations for management. | 0.50 | $200.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Review order shortening time on Centennial motion for relief from stay and emails with EFI and EFMF professionals re response strategy. | 0.30 | $120.00 |
| 07/08/2008 | Estate Financial Mortgage Fund, LLC | Emails re meetings with active constituencies. | 0.40 | $160.00 |
| 07/09/2008 | Estate Financial Mortgage Fund, LLC | Emails with EFI and EFMF professionals re meetings with interested parties, DRE and motion timing. | 0.50 | $200.00 |
| 07/09/2008 | Estate Financial Mortgage Fund, LLC | Revise Gould appointment order for interim approval. | 0.30 | $120.00 |
| 07/09/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Puccio re revisions to interim order and DRE status. | 0.20 | $80.00 |
| 07/09/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Susi re terms for consensual Gould appointment order. | 0.40 | $160.00 |
| 07/09/2008 | Estate Financial Mortgage Fund, LLC | Email with Atty Beall re DRE approval of appointment orders. | 0.20 | $80.00 |
| 07/09/2008 | Estate Financial Mortgage Fund, LLC | Emails exchanges with Mr. Gould, Mr. Reiss and Atty Beall re completing appointment motions, DRE approval, setting hearing and operational issues involving employees and facility management. | 1.00 | $400.00 |
| 07/09/2008 | Estate Financial Mortgage Fund, LLC | Emails with Omni re securing computer data. | 0.20 | $80.00 |
| 07/10/2008 | Estate Financial Mortgage Fund, LLC | Emails re procedural aspects of 363(h) sales. | 0.30 | $120.00 |
| 07/10/2008 | Estate Financial Mortgage Fund, LLC | Review EFI draft motion to appoint Reiss. | 0.20 | $80.00 |
| 07/10/2008 | Estate Financial Mortgage Fund, LLC | Review and revise Gould appointment motion, supporting declarations, request for judicial notice, application to shorten time for hearing and DRE approved order and order shortening time for hearing. | 4.00 | $1,600.00 |
| 07/10/2008 | Estate Financial Mortgage Fund, LLC | Emails exchanges with all EFI and EFMF professionals re evaluating asset portfolios. | 0.40 | $160.00 |
| 07/10/2008 | Estate Financial Mortgage Fund, LLC | Review requested changes to Gould appointment order from Atty Susi on behalf of major investors. | 0.30 | $120.00 |
| 07/10/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Susi re changes to Gould appointment order, status of relief from stay motion and investor issues. | 0.20 | $80.00 |

| 07/11/2008 | Estate Financial Mortgage Fund, LLC | Finalize and file motion to assume Gould employment agreement and appoint Gould dissolution manager on interim basis, declarations in support, application to shorten time and two orders. | 2.00 | $800.00 |
|---|---|---|---|---|
| 07/11/2008 | Estate Financial Mortgage Fund, LLC | Meeting with primary active investor group at Atty Susi offices re concerns and investor position on pending matters. | 6.00 | $2,400.00 |
| 07/11/2008 | Estate Financial Mortgage Fund, LLC | Prepare notice of hearing on shortenen time per Court's order shortening time and manage service project to insure compliance with order shortening time for hearing on July 16. | 2.00 | $800.00 |
| 07/11/2008 | Estate Financial Mortgage Fund, LLC | Call with Omni re addresssing investor concerns regarding security at office facility; UST filings and schedules preparation. | 0.50 | $200.00 |
| 07/11/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Beall re coordination of shortened time hearing service projects. | 0.30 | $120.00 |
| 07/12/2008 | Estate Financial Mortgage Fund, LLC | Review spreadsheets re loan portfolio status. | 0.80 | $320.00 |
| 07/12/2008 | Estate Financial Mortgage Fund, LLC | Review papers filed in EFI case to employ M. Freddie Reiss as CEO. | 0.70 | $280.00 |
| 07/12/2008 | Estate Financial Mortgage Fund, LLC | Complete, file and serve proof of service of hearing on shortened time re Gould appointment. | 0.50 | $200.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Appear at hearing on EFI relief from stay and consent re claim liquidation in EFMF, initial case evaluation by Court, post-hearing calls with counsel and interested parties. | 4.50 | $1,800.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Review UST 7 day package and email comments and revisions to Mr. Gould and Omni Management. | 1.00 | $400.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Review schedules and spreadsheets re property status. | 1.50 | $600.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Review organization chart of remaining employees and duties at EFI. | 0.30 | $120.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Prepare requests for special notice for Mr. Gould. | 0.20 | $80.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Email with insurance counsel re coverage issues. | 0.30 | $120.00 |
| 07/15/2008 | Estate Financial Mortgage Fund, LLC | Full day meeting at EFI offices in Paso Robles with Mr. Gould, Mr. Reiss and staff re preparation of triage of case responsibilities and duties. | 11.00 | $4,400.00 |
| 07/15/2008 | Estate Financial Mortgage Fund, LLC | Review UST objection to Debtor's motion to assume dissolution manager employment agreement and appoint Mr. Gould as dissolution manager and request for sua sponte chapter 11 trustee appointment. | 1.00 | $400.00 |
| 07/16/2008 | Estate Financial Mortgage Fund, LLC | Appear at hearing before Judge Riblet re motion to appoint dissolution manager and UST opposition; matter continued to 7/18 to allow for UST negotiations over trustee appointments; including pre-hearing and post-hearing meetings and conferences among counsel at Courthouse. | 5.00 | $2,000.00 |
| 07/16/2008 | Estate Financial Mortgage Fund, LLC | Meeting at UST office in Woodland Hills with Mr. Anderson, Attys Braun and Erickson re analysis of ability to resolve issues for appointing Mr. Gould and Mr. Reiss as chapter 11 trustees for EFI and EFMF. | 4.00 | $1,600.00 |
| 07/16/2008 | Estate Financial Mortgage Fund, LLC | Research re other cases involving CRO appointment disputes with UST and locating briefs for assistance with preparation of reply due tomorrow. | 1.00 | $400.00 |
| 07/16/2008 | Estate Financial Mortgage Fund, LLC | Prepare opening statement and review case files for hearing on dissolution manager appointment. | 1.30 | $520.00 |
| 07/16/2008 | Estate Financial Mortgage Fund, LLC | Review draft schedules by Omni and forward to UST in lieu of filing due to uncertainty in dissolution manager status. | 0.50 | $200.00 |
| 07/17/2008 | Estate Financial Mortgage Fund, LLC | Review sample briefs from other CRO cases re preparation of reply to UST opposition to appointments. | 1.50 | $600.00 |
| 07/17/2008 | Estate Financial Mortgage Fund, LLC | Prepare reply to UST opposition to motion to appoint dissolution manager. | 4.00 | $1,600.00 |
| | Estate Financial | Appear at final hearing on appointment of Dissolution Manager before Judge Riblet; appointments approved on | 6.50 | |

| Date | Client | Description | Hours | Amount |
|---|---|---|---|---|
| 07/18/2008 | Mortgage Fund, LLC | interim basis pending chapter 11 trustee appointments; includes time negotiating and obtaining entry of interim appointment order. | | $2,600.00 |
| 07/18/2008 | Estate Financial Mortgage Fund, LLC | Emails with various interested parties re status of interim appointments, immediate action items and planning for trustee transition. | 0.40 | $160.00 |
| 07/21/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Susi re trustee appointments. | 0.20 | $80.00 |
| 07/21/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Windler re security at EFI offices. | 0.40 | $160.00 |
| 07/21/2008 | Estate Financial Mortgage Fund, LLC | Review emails re communications by various parties implying EFI consent to actions. | 0.50 | $200.00 |
| 07/21/2008 | Estate Financial Mortgage Fund, LLC | Demand letter to Atty Fairbairn re cease and desist communications to investors suggesting approval by EFI. | 0.50 | $200.00 |
| 07/22/2008 | Estate Financial Mortgage Fund, LLC | Call with UST re investor conflict lists for prospective trustees. | 0.30 | $120.00 |
| 07/22/2008 | Estate Financial Mortgage Fund, LLC | Review investor lists and forward to UST for use in Trustee selection process re conflicts. | 0.50 | $200.00 |
| | | *Total For EFMF, LLC* | **98.60** | **$39,440.00** |

**Grand Totals:** **98.60** **$39,440.00**

Project Summary Report
Case 9:08-bk-11535-RR    Doc 46    Filed 08/23/08    Entered 08/23/08 15:26:20    Desc
Main Document    Page 29 of 36

Page 1 of 1

**Lewis R. Landau Attorney-at-Law - Project Summary Report**

07/01/2008 - 08/31/2008

Client: **Estate Financial Mortgage Fund, LLC**    Project: **All Projects**    Project Type: **All Types**    Activity Type: **Asset Disposition**

| Date | Client | Description | Billable Time | Billable Amount |
|------|--------|-------------|---------------|-----------------|
| | **EFMF, LLC** | | | |
| 07/03/2008 | Estate Financial Mortgage Fund, LLC | Emails with client re closing pending sales. | 0.20 | $80.00 |
| 07/10/2008 | Estate Financial Mortgage Fund, LLC | Call with Mr. Gould re sales and title issues. | 0.30 | $120.00 |
| 07/10/2008 | Estate Financial Mortgage Fund, LLC | Emails with Mr. Gould and Atty Busch re commencing title company involvement in solving policy issuance problems. | 0.20 | $80.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Review file re Curbaril sale. | 0.30 | $120.00 |
| 07/21/2008 | Estate Financial Mortgage Fund, LLC | Emails with Mr. Reiss re counteroffer on pending Woodland Hills property sale. | 0.30 | $120.00 |
| 07/24/2008 | Estate Financial Mortgage Fund, LLC | Review motion to sell property by EFI estate. | 0.50 | $200.00 |
| | | ***Total For EFMF, LLC*** | **1.80** | **$720.00** |

Grand Totals: **1.80** **$720.00**

**Lewis R. Landau Attorney-at-Law - Project Summary Report**

07/01/2008 -
08/31/2008

Client: **Estate Financial Mortgage Fund, LLC**   Project: **All Projects**   Project Type: **All Types**   Activity Type: **Fee/Employment Applications**

| Date | Client | Description | Billable Time | Billable Amount |
|------|--------|-------------|---------------|-----------------|
| **EFMF, LLC** | | | | |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Susi re status of special counsel employment. | 0.20 | $80.00 |
| 07/14/2008 | Estate Financial Mortgage Fund, LLC | Call with Atty Frederickson re employment issues and revisions to EFI employment order. | 0.30 | $120.00 |
| 08/18/2008 | Estate Financial Mortgage Fund, LLC | Emails with Mr. Gould and Mr. Reiss re fee application preparation issues. | 0.40 | $160.00 |
| 08/23/2008 | Estate Financial Mortgage Fund, LLC | Prepare Gould and Landau applications for compensation. | 3.00 | $1,200.00 |
| | | ***Total For EFMF, LLC*** | **3.90** | **$1,560.00** |
| | | **Grand Totals:** | **3.90** | **$1,560.00** |

# EXHIBIT 5

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Lewis R. Landau<br>Attorney at Law<br>23564 Calabasas Road, Suite 104<br>Calabasas, CA 91302<br>Voice and Fax: (888)822-4340<br><br>*Attorney for* Debtor in Possession | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:  Estate Financial Mortgage Fund, LLC | CHAPTER  11 |
|---|---|
| | CASE NUMBER  9:08-11535 RR |
| Debtor. | (No Hearing Required) |

# STATEMENT OF DISINTERESTEDNESS FOR EMPLOYMENT
## OF PROFESSIONAL PERSON UNDER F.R.B.P. 2014
### *(File with Application for Employment)*

1.  Name, address and telephone number of the professional ("the Professional") submitting this Statement:

    Lewis R. Landau                                    Voice and Fax: (888)822-4340
    Attorney at Law
    23564 Calabasas Road, Suite 104
    Calabasas, CA 91302

2.  The services to be rendered by the Professional in this case are *(specify)*:

    General Bankruptcy Counsel to Debtor in Possession.

3.  The terms and source of the proposed compensation and reimbursement of the Professional are *(specify)*:

    Payment from estate upon application therefor at $400 per hour for Lewis R. Landau.  Third party
    cost reimbursement only.

4.  The nature and terms of retainer (i.e., nonrefundable versus an advance against fees) half by the Professional are
    *(specify)*:

    None.

---

*Rev. 5/98*  This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 2014-1**
31

Statement of Disinterestedness for Employment of Professional Person - *Page 2*          **F 2014-1**

| In re | CHAPTER ___11___ |
|---|---|
| **Estate Financial Mortgage Fund, LLC** | |
| Debtor. | CASE NUMBER 9:08-11535 RR |

5.    The investigation of disinterestedness made by the Professional prior to submitting this Statement consisted of *(specify)*:

   Conflict check based on Debtor's list of creditors, investors and interested parties.

6.    The following is a complete description of all of the Professional's connections with the debtor, principals of the debtor, insiders, the debtor's creditors, any other party or parties in interest, and their respective attorneys and accountants, or any person employed in the Office of the United States Trustee *(specify, attaching extra pages as necessary)*:
   None.  Although not a direct connection to the Estate Financial Mortgage Fund case, applicant notes that he represented affiliates of Estate Financial, Inc. petitioning creditors Pippin, LLC and San Dimas 18, LLC in 2004 in chapter 11 cases 1:04-12938 GM and 1:04-15206 GM and related matters.  Such representations were fully terminated by court approved settlement and release on or about March 29, 2005 with no continuing connections (See, 1:04-15206 GM docket #s 86 and 88 for settlement agreement and order thereon).

7.    The Professional is not a creditor, an equity security holder or an insider of the debtor, except as follows *(specify, attaching extra pages as necessary)*:

   None.

8.    The Professional is not and was not an investment banker for any outstanding security of the debtor.

9.    The Professional has not been within three (3) years before the date of the filing of the petition herein, an investment banker for a security of the debtor, or an attorney for such an investment banker in connection with the offer, sale or issuance of any security of the debtor.

10.   The Professional is not and was not, within two (2) years before the date of the filing of the petition herein, a director, officer or employee of the debtor or of any investment banker for any security of the debtor.

11.   The Professional neither holds nor represents any interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor or an investment banker for any security of the debtor, or for any other reason, except as follows *(specify, attaching extra pages as necessary)*:

   None.

12.   Name, address and telephone number of the person signing this Statement on behalf of the Professional and the relationship of such person to the Professional *(specify)*:

   See Question 1.

13.   The Professional is not a relative or employee of the United States Trustee or a Bankruptcy Judge, except as follows *(specify, attaching extra pages as necessary)*:

   None.

14.   Total number of attached pages of supporting documentation: __1-Resume__

15.   After conducting or supervising the investigation described in Paragraph 5 above, I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct except that I declare that Paragraphs 6 through 11 are stated on information and belief.

Executed on the __23__ day of __August_____, 20 _08_, at __Calabasas_____, California.

_____          /s/ Lewis R. Landau
   Lewis R. Landau                                   _____
*Type Name of Professional*                          *Signature of Professional*

# Lewis R. Landau, Attorney at Law

| | | |
|---|---|---|
| Experience | Solo Practice | Lewis R. Landau, Attorney at Law |

Partner                          McDermott, Will & Emery
2/93-1/00 (Admitted to partnership January 1, 1995)

Practice focusing on financially distressed commercial interests and real estate litigation, including:

- Representing public and privately held businesses, entrepreneurs and financial institutions in national and regional scope chapter 11 cases triggering multi-faceted bankruptcy and non-bankruptcy legal issues. Substantial experience in all phases of Title 11 practice. Experienced in issues of finance, corporate, environmental, insurance, suretyship, state and federal court litigation, state and federal appeals, taxation, telecommunications, health care, mechanics liens, land development, use and regulation, construction defect, planned unit developments, leases, employment, fraud and fraudulent transfers, asset protection, estate planning and intellectual property.

- Representing Trustee for Baldwin Builders and Baldwin Building Contractors, residential tract home developers in San Diego, Orange, Los Angeles and Ventura Counties.

- Representing Plaintiffs and Defendants in various real estate litigation matters.

- Representing various other interests, both debtor and creditor, involving commercial real estate, condominiums, hotels, apartments, farms and ranches.

- Representing interests in non-real estate related operating businesses, including food processing, restaurant, musical instrument retailing, plumbing distribution and wholesale, component part manufacturing and entertainment production.

Counsel 2000                     Sulmeyer, Kupetz, Baumann & Rothman
Associate 1989-1993

| | | |
|---|---|---|
| Judicial Experience | Legal Extern United States Bankruptcy Court, Central District, California | |
| | 1988 | Honorable Calvin K. Ashland, Chief Judge |

| | | | | |
|---|---|---|---|---|
| Education | 1989 | JD | Loyola Law School | Los Angeles, CA |
| | 1985 | BA | S.U.N.Y. Albany | Albany, NY |

Admissions; Licenses;
Memberships

Admitted California (1989), New York (1993) and Connecticut (1993). Admitted 9th Circuit Court of Appeals; USDC Central and Northern Districts of California.

California Bankruptcy Forum, American Bankruptcy Institute

| In re:<br><br>Estate Financial Mortgage Fund, LLC | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 9:08-11535 RR |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

23564 Calabasas Road, Suite 104, Calabasas CA

The foregoing document described as _____
**APPLICATION BY DAVID GOULD AND LEWIS R. LANDAU FOR APPROVAL OF POST-PETITION
COMPENSATION; DECLARATION OF LEWIS R. LANDAU** will be served or was served in the manner indicated below:

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ___8/23/08_____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On ___8/23/08_____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

All via US Mail.

☒ Service information continued on attached page

**SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/23/08 | Lewis R. Landau | /s/ Lewis R. Landau |
|---|---|---|
| Date | Type Name | Signature |

34

In re Estate Financial Mortgage Fund, LLC

9:08-11535 RR

Service Lists

NEF Service list:

William C Beall      artyc@aol.com
Jerome S Cohen      jsc@jscbklaw.com
Joseph A Eisenberg      jae@jmbm.com
Marjorie L Erickson      marjorie.erickson@usdoj.gov
Thomas M Geher      tmg@jmbm.com
David Gould      dgould@davidgouldlaw.com
Robert E Hurlbett      bob@hurlbettlaw.com
Lewis R Landau      lew@landaunet.com
Samuel R Maizel      smaizel@pszjlaw.com, smaizel@pszjlaw.com
David M Poitras      dpoitras@jmbm.com
United States Trustee (ND)      ustpregion16.nd.ecf@usdoj.gov
Katherine M Windler      katherine.windler@bryancave.com


US Mail Service list (Chapter 11 Trustee, Amended Top 20 List and Requests for Notice):

| | |
|---|---|
| Bradley D. Sharp<br>Development Specialist, Inc.<br>333 So. Grand Ave., Suite 4070<br>Los Angeles, CA 90071-1524 | Louise Kalshan<br>440 Kerwin<br>Cambria, CA 93428 |
| Seid & Zucker, CPAs<br>935 Riverside Drive, Suite 1<br>Paso Robles, CA 93446 | The Investment Company<br>139 Via Fuchsia<br>Paso Robles, CA 93446 |
| William H Bartosh<br>62893 Indian Valley Rd<br>San Miguel, CA 93451 | Johnathan R Zeko<br>GRANT & ZEKO APC<br>1331 India St<br>San Diego, CA 92101 |
| Investment Trends LLC<br>4455 Via Bendita<br>Santa Barbara, CA 93110 | Peter Susi<br>Michaelson, Susi & Michaelson<br>7 W Figueroa St<br>Santa Barbara, CA, 93101 |
| | Mark Bradshaw<br>Shulman Hodges & Bastian<br>26632 Towne Center Dr #300<br>Foothill Ranch, CA 92610 |