JOSEPH A. EISENBERG P.C. (SBN 52346)
DAVID M. POITRAS P.C. (SBN 141309)
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 Avenue of the Stars, Seventh Floor
Los Angeles, California 90067
Telephone: (310) 203-8080/Fax: (310) 203-0567
Email: jeisenberg@jmbm.com
       dpoitras@jmbm.com

Attorneys for Bradley D. Sharp, Chapter 11 Trustee
for the Bankruptcy Estate of Estate Financial Mortgage Fund, LLC

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

| | |
|---|---|
| In re | Case No. 9:08-bk-11535 RR |
| ESTATE FINANCIAL MORTGAGE FUND, LLC, a California limited liability company, | Chapter 11 |
| Debtor. | **COMMENTS OF CHAPTER 11 TRUSTEE TO APPLICATION BY DAVID GOULD AND LEWIS R. LANDAU FOR APPROVAL OF POST-PETITION COMPENSATION** |
| | Date: September 17, 2008<br>Time: 2:00 p.m.<br>Crtm: 201 |

**TO THE HONORABLE ROBIN RIBLET, UNITED STATES BANKRUPTCY JUDGE:**

Bradley D. Sharp, the duly appointed, qualified and acting Chapter 11 Trustee for the bankruptcy estate of Estate Financial Mortgage Fund, LLC (the "Fund Trustee"), submits these Comments with respect to the *APPLICATION BY DAVID GOULD AND LEWIS R. LANDAU FOR APPROVAL OF POST-PETITION COMPENSATION* (the "Application"):

1.   The Trustee acknowledges and appreciates the assistance and cooperation of Messrs. Gould and Landau (the "Applicants") in effecting an orderly transition of the affairs of this complex chapter 11 estate from the prior debtor in possession to the Fund Trustee. The

efforts of Applicants have facilitated and enhanced the Fund Trustee's introduction into this case and the administration of this estate to the concomitant benefit of the estate and all parties in interest herein.

2. With respect to the Application, the Fund Trustee and his professionals have had insufficient time to evaluate the affairs of the estate and to consider in the context thereof the relevant factors applicable to the determination of the appropriate level of compensation to which the Fund Trustee's predecessors may be entitled to on a final basis. Therefore, in recognition that the Application constitutes an interim request under section 331 of the Bankruptcy Code, and not a final request under section 330, the Fund Trustee has no present objection to the allowance of compensation to the Applicants as sought by the Application on an interim basis. The Fund Trustee reserves all rights, claims, defenses and objections, if any, to the Application, when ultimately presented to this Court on a final basis.

3. At present the estate is without sufficient resources to pay any allowance of compensation to any professionals, including Applicants. Therefore, the Fund Trustee suggests that this Court not require payment of any allowance made in response to the Application until such time as the Fund Trustee, in his sole discretion, determines that the estate has sufficient liquidity to pay any such allowance or portion thereof and that the payment thereof will not impair the administration of the estate.

DATED: September 3, 2008

JEFFER, MANGELS, BUTLER & MARMARO LLP

By _____
DAVID M. POITRAS
Attorneys for Bradley D. Sharp, Chapter 11 Trustee
for the Bankruptcy Estate of Estate Financial Mortgage
Fund, LLC

## PROOF OF SERVICE

**STATE OF CALIFORNIA, CITY AND COUNTY OF LOS ANGELES**

I am employed in the City and County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 1900 Avenue of the Stars, 7th Floor, Los Angeles, California 90067.

On September 3, 2008 I served the document(s) described as **COMMENTS OF CHAPTER 11 TRUSTEE TO APPLICATION BY DAVID GOULD AND LEWIS R. LANDAU FOR APPROVAL OF POST-PETITION COMPENSATION**; in this action by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

### See Attached Service List

☒ (BY MAIL) I am "readily familiar" with the firm's practice for collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (BY FAX) At    ,    I transmitted, pursuant to Rule 2.306, the above-described document by facsimile machine (which complied with Rule 2003(3)), to the above-listed fax number(s). The transmission originated from facsimile phone number (310) 203-0567 and was reported as complete and without error. The facsimile machine properly issued a transmission report, a copy of which is attached hereto.

☐ (BY PERSONAL SERVICE) I delivered such envelope by hand to the offices of the addressee.

☐ (BY OVERNIGHT DELIVERY) I caused said envelope(s) to be delivered overnight via an overnight delivery service in lieu of delivery by mail to the addressee(s).

Executed on September 3, 2008 at Los Angeles, California.

☐ (STATE)     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ (FEDERAL)  I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_/s/ BILLIE TERRY_

5592406v1

Estate Financial Mortgage Fund, LLC,
a California limited liability company;
Case No. 9:08-bk-11535 RR

## SERVICE LIST

Debtor
Estate Financial Mortgage Fund, LLC
806 9th Street, Suite 1A
Paso Robles, CA 93446

Attnys for Debtor
Lewis R Landau
Lewis R Landau Attorney at Law
23564 Calabasas Rd Ste 104
Calabasas, CA 91302

United States Trustee (ND)
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367

Marjorie L Erickson
128 E Carrillo St
Santa Barbara, CA 93101

Chapter 11 Trustee
Bradley D. Sharp
Development Specialist, Inc.
333 South Grand Avenue, Ste 4070
Los Angeles, CA 90071-1544

REQUEST FOR SPECIAL NOTICE

Louise Kalshan
440 Kerwin
Cambria, CA 93428

Attnys for Estate Financial, Inc.
William C. Beall
Beall & Burkhardt
1114 State Street, Suite 200
Santa Barbara, CA 93101

Estate Financial, Inc.
633 West 5th Street
Suite 1600
Los Angeles, CA 90071

Katherine M. Windler
Bryan Cave LLP
120 Broadway #300
Santa Monica, CA, 90401

David Gould, A Professional Corporation
Dissolution Mgr Estate Financial Mortgage Fund LLC
23801 Calabasas Rd Ste 2032
Calabasas, CA, 91302

| | |
|---|---|
| Shultheis<br>445 Via Bendita<br>Santa Barbara, CA 93110 | Estate Financial, Inc.<br>633 West 5th Street, Ste 1600<br>Los Angeles, CA 90071 |
| Robert E. Hurlbett<br>3324 State Street, Suite O<br>Santa Barbara, CA 93105 | Attnys for William H. Adams<br>Jerome S. Cohen<br>3731 Wilshire Blvd., Suite 514<br>Los Angeles, CA 90010 |
| Attny for Petitioning Creditors<br>Martin J. Brill<br>10250 Constellation Blvd Suite 1700<br>Los Angeles CA 90067 | Peter Susi<br>Michaelson Susi & Michaelson<br>7 W Figueroa St<br>Santa Barbara, CA 93101 |
| Chapter 11 Trustee<br>Thomas P Jeremiassen<br>Trustee for Estate Financial, Inc.<br>LECG LLC<br>2049 Century Park East, #2300<br>Los Angeles, CA 90067 | Proposed Attnys for Thomas P. Jeremiassen, Trustee<br>Robert B. Orgel/Samuel R. Maizel<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 11th Fl<br>Los Angeles, CA 90067-4100 |
| William H. Bartosh<br>62893 Indian Valley Road<br>San Miguel, CA 93451 | Shultheis<br>4455 Via Bendita<br>Santa Barbara, CA 93110 |
| The Investment Company<br>139 Via Fuchsia<br>Paso Robles, CA 93446 | Attnys for Shelton Construction Co.<br>Jonathan R. Zeko<br>Grant & Zeko, APC<br>1331 India Street<br>San Diego, CA 92101 |