PETER C. ANDERSON
UNITED STATES TRUSTEE
Jennifer L. Braun, No. 130932
Assistant United States Trustee
Brian D. Fittipaldi, No. 146864
Trial Attorney
**OFFICE OF THE UNITED STATES TRUSTEE**
128 East Carrillo Street
Santa Barbara, California 93101
Telephone: (805) 957-4101; Facsimile: (805) 957-4103

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

NORTHERN VALLEY DIVISION

| | |
|---|---|
| In re: | Case No. ND 08-11535 RR |
| | Chapter 11 |
| ESTATE FINANCIAL MORTGAGE FUND, LLC, | **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF EQUITY INVESTORS** |
| Debtors. | |

Pursuant to 11 U.S.C. Section 1102, the undersigned hereby appoints the following (7) seven equity security holders to serve on a Committee of Equity Investors.

SEE EXHIBIT A ATTACHED

Dated: September 4, 2008          OFFICE OF THE UNITED STATES TRUSTEE

By: _____
Jennifer L. Braun
Assistant U.S. Trustee

**In re:** Estate Financial Mortgage Fund, LLC
**Case Number:** ND 08-11535 RR

(1) Centennial Livestock
P.O. Box 9
Paso Robles, CA 93447
Attn: John W. Lacey

Phone: (805) 441-5143

(2) Robert L. Meyer
45330 Vista Place
King City, CA 93930
Attn: Butch LaVelle

Phone: (831) 385-3231

(3) O'Neal Family Trust
2870 Doty Drive
Arroyo Grande, CA 93420
Attn: Sean O'Neal

Phone: (805) 234-2608

(4) Mary A. Wheeler
697 Avocet Way
Arroyo Grande, CA 93420
Attn: Patrick W. Wheeler

Phone: (805) 473-5797

(5) William Adams
4859 Oliva Avenue
Lakewood, CA 90712

Phone: (562) 429-6676

(6) Harold E. Steinbeck
4995 Mill Road
Paso Robles, CA 93446

Phone: (805) 674-1906

(7) James D. Buckley
901 Drake Street
Cambria, CA 93428
Attn: James Lee Buckley

Phone: (805) 927-3031

EXHIBIT A

# PROOF OF SERVICE BY MAIL

STATE OF CALIFORNIA
COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, state of California, in the Office of the Unites States Trustee under the supervision of a member of the bar of this Court at whose direction the service hereinafter described was made; I am over the age of 18 and not a party to the within action; and my business address is: 21051 Warner Center Lane, Suite 115 Woodland Hills, CA 91367.

On September 4, 2008, I served the foregoing document described as: **APPOINTMENT AND NOTICE OF APPOINTMENT OF COMMITTEE OF EQUITY INVESTORS** on the interested parties at their last known address in the action by placing a true and correct copy thereof in a sealed envelope with sufficient postage thereon full prepaid, in the United States Mail at Woodland Hills, California, addressed as follows:

- SEE ATTACHED LIST -

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 4, 2008

Gabriel Rodriguez
Legal Clerk, Office of the U.S. Trustee

| | | |
|---|---|---|
| 1 | **DEBTOR:**<br>Estate Financial Mortgage Fund, LLC<br>806 9th Street, Suite 1A<br>Paso Robles, CA 93446 | **OTHER INTERESTED PARTIES:**<br>Estate Financial, Inc.<br>806 9th Street, Suite 1A<br>Paso Robles, CA 93446 |

**DEBTOR:**
Estate Financial Mortgage Fund, LLC
806 9th Street, Suite 1A
Paso Robles, CA 93446

**CHAPTER 11 TRUSTEE:**
Bradley Sharp
Development Specialists, Inc.
333 S Grand Avenue, Suite 4070
Los Angeles, CA 90071-1544

**COUNSEL FOR CHAPTER 11 TRUSTEE:**
David M. Poitras
Joseph A. Eisenberg
Jeffer, Mangels, Butler & Marmaro LLP
1900 Ave Of The Stars 7th Floor
Los Angeles, CA 90067

**COMMITTEE OF UNSECURED CREDITORS:**
Centennial Livestock
P.O. Box 9
Paso Robles, CA 93447
Attn: John W. Lacey

Robert L. Meyer
45330 Vista Place
King City, CA 93930
Attn: Butch LaVelle

O'Neal Family Trust
c/o Sean O'Neal
2870 Doty Drive
Arroyo Grande, CA 93420

Mary A. Wheeler
c/o Patrick W. Wheeler
697 Avocet Way
Arroyo Grande, CA 93420

William H. Adams
4859 Oliva Avenue
Lakewood, CA 90712

Harold E. Steinbeck
4995 Mill Road
Paso Robles, CA 93446

James D. Buckley
901 Drake Street
Cambria, CA 93428
Attn: James Lee Buckley

**OTHER INTERESTED PARTIES:**
Estate Financial, Inc.
806 9th Street, Suite 1A
Paso Robles, CA 93446

Thomas P. Jeremiassen
LECG, LLC
2049 Century Park East, Suite 2300
Los Angeles, CA 90067

Robert Orgel
Samuel R. Maizel
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., 11th Floor
Los Angeles, CA 90067-4100

David Gould
23801 Calabasas Road, Suite 2032
Calabasas, CA 91302

Lewis R Landau
23564 Calabasas Road, Suite 104
Calabasas, CA 91302

Peter Susi
Michaelson, Susi & Michaelson
7 West Figueroa, 2nd Floor
Santa Barbara, CA 93101-3191

Bryan Cave LLP
c/o Katherine M. Windler
120 Broadway Ste 300
Santa Monica, CA 90401-2386

Foley-Gannon, Inc.
c/o Robert E. Hurlbett
3324 State Street, # 0
Santa Barbara, CA 93105

Martin J. Brill
10250 Constellation Boulevard, Suite 1700
Los Angeles, CA 90067

William C. Beall
Beall & Burkhardt
1114 State Street, Suite 200
Santa Barbara, CA 93101

Investment Trends LLC
4455 Via Bendita
Santa Barbara, CA 93110

1  **OTHER INTERSTED PARTIES, CONT:**

2  The Investment Company
   139 Via Fuchsia
3  Paso Robles, CA  93446

4  William H. Bartosh
   62893 Indian Valley Rd
5  San Miguel, CA  93451

6  Johnathan R Zeko
   Grant & Zeko APC
7  1331 India Street  92101

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28