1   MICHAELSON, SUSI & MICHAELSON          (SPACE BELOW FOR FILING STAMP ONLY)
        A Professional Corporation
2          ATTORNEYS AT LAW
    SEVEN WEST FIGUEROA STREET, SECOND FLOOR
3     SANTA BARBARA, CALIFORNIA 93101-3191
          Telephone:  (805) 965-1011
4          Facsimile:  (805) 965-7351

      Peter Susi, Bar No. 62957
5

6   Proposed Attorneys for Official Equity Committee

7

8              UNITED STATES BANKRUPTCY COURT

9       CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

10

11  In re                          )   BK No. ND 08-11535-RR
                                   )
12  ESTATE FINANCIAL MORTGAGE      )   Chapter 11
    FUND, LLC,                     )
13                                 )
                    Debtor.        )   APPLICATION OF OFFICIAL
14                                 )   EQUITY COMMITTEE TO EMPLOY
                                   )   COUNSEL NUNC PRO TUNC;
15                                 )   DECLARATION OF PETER SUSI
                                   )
16                                 )
                                   )   No Hearing Set
17                                 )
                                   )
18  ────────────────────────────────

19      TO THE HONORABLE ROBIN L. RIBLET, UNITED STATES BANKRUPTCY

20  JUDGE:

21      The application of the Official Equity Committee ("the

22  Committee"), respectfully represents that:

23      1.  This case was commenced by the filing of a Voluntary

24  Chapter 11 Petition on July 1, 2008.

25      2.  No trustee has been appointed by the Court, and

26  Applicant has remained as Debtor-in-Possession.

27      3.  The Committee wishes to employ the firm of Michaelson,

28  Susi & Michaelson, a Professional Corporation ("MS&M"), to

                            -1-

1 | represent it in this Chapter 11 case on a general retainer for
2 | such fees as may be awarded upon application to this Court and
3 | after a hearing on notice to creditors.  The employment of MS&M
4 | will be for the services arising in, arising under, or related
5 | to this Chapter 11 case.

6 |     4.   MS&M is a professional corporation composed of
7 | attorneys who have specific expertise in bankruptcy matters.
8 | MS&M has represented numerous debtors, creditors, and trustees
9 | before this Court.

10 |     5.   As set forth in the declaration of Peter Susi, MS&M is
11 | both disinterested, as that term is defined in 11 U.S.C.
12 | §101(14), and does not have an interest adverse to the Debtor
13 | or to the estate, and is willing to serve as the Committee's
14 | attorney upon the above-stated terms and conditions.

15 |     6.   MS&M has previously billed Centennial Livestock the
16 | sum of $12,455 for fees and costs incurred in connection with
17 | this case and the companion case of Estate Financial, Inc.,
18 | Case No. 08-11457.  This billing was in connection with MS&M's
19 | prosecution of a motion for relief from stay in the Estate
20 | Financial, Inc. case.  MS&M has not billed or been paid any
21 | other money in connection with either case.

22 |     7.   The present hourly rates of members of the firm and
23 | attorneys employed by MS&M are as follows:

24 |
25 |
26 |

| Jay L. Michaelson | $450 |
| Peter Susi | $425 |
| Franklyn S. Michaelson | $425 |
| Joseph M. Sholder | $395 |
| Legal Assistants | $ 95 |

27 |     8.   MS&M is not a creditor of the Debtor and does not have
28 | a pre-petition claim against the estate.

1       9.   MS&M does not have, and has not had, any connection
2  with the Debtor or any related entities of the Debtor except as
3  set forth in the declaration of Mr. Susi.

4       10.   MS&M is familiar with the Bankruptcy Code, the
5  Bankruptcy Rules, and the Local Bankruptcy Rules and shall
6  comply with same.

7       11.   A copy of the proposed order authorizing employment
8  of MS&M is attached hereto as Exhibit "A".

9       12.   The Committee requests that the Court enter its order
10  *nunc pro tunc* as of the petition date.  Notwithstanding an
11  initial request by Committee members for appointment of an
12  Official Committee on July 11, 2008, the United States Trustee
13  did not decide to do so until August 8, 2008, and solicitation
14  of members did not start until August 18, 2008.  During that
15  interim period, MS&M was in regular communication with six of
16  the seven largest investors and with the Trustee's counsel
17  about the progress of the case, and organized and attended the
18  initial Committee meeting on August 20, 2008.  MS&M also
19  provided information to other investors during this period, in
20  writing and by telephone, and regularly communicated with the
21  UST about their activities in the case.  MS&M also prepared a
22  proposed Committee agenda and bylaws for the initial Committee
23  meeting.

24       13.   Notice of Application of the Committee to Employ
25  Counsel Nunc Pro Tunc has been served upon the United States
26  Trustee, creditors, and other interested parties and is
27  attached hereto as Exhibit "B".

28

-3-

1    WHEREFORE, the Committee prays that this Court enter its

2  order authorizing the Committee to employ Michaelson, Susi &

3  Michaelson, a Professional Corporation, as its attorney herein,

4  *nunc pro tunc* as of July 1, 2008, and for all other proper

5  orders.

6    DATED:  September  4 , 2008.

7                                      OFFICIAL EQUITY COMMITTEE

8

9                                      By _____

10                                           Chairman

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 4 -

1

## DECLARATION OF PETER SUSI

2

I, Peter Susi, declare as follows:

3
4
5
6
7
8
9

1. I am a member of the firm of Michaelson, Susi & Michaelson, a Professional Corporation, attorneys at law ("MS&M"). All members and associates of the firm are duly admitted to practice in the State of California and in the above-entitled Court. The Official Equity Committee ("Applicant") has chosen MS&M to represent it in the above entitled proceeding.

10
11
12
13
14

2. I have read the Application to Employ Counsel Nunc Pro Tunc. All of the statements made therein regarding MS&M are true and correct. These statements are incorporated herein by this reference. A biography of the members of the firm of MS&M is attached hereto as Exhibit "C".

15
16
17
18
19

3. MS&M agrees to be employed as counsel for the Committee for the purposes and upon the terms and conditions stated in said application and to accept as compensation such amounts as may be hereinafter allowed by the bankruptcy court after a hearing on a properly noticed application.

20
21
22
23
24
25
26
27

4. I and all members of MS&M are disinterested, as that term is defined in 11 U.S.C. §101(14), and do not represent any interest adverse to the Debtor or to the estate or to any class of creditors by reason of any direct or indirect relationship or connection with the Debtor or any related entities of the Debtor, or for any other reason, and are willing to serve as the Committee's attorney upon the above-stated terms and conditions.

28

-5-

1        5.   MS&M is not a creditor or an insider of the Debtor
2   and does not have a pre-petition claim against or any interest
3   adverse to the estate.

4        6.   MS&M has not in the past represented any related
5   parties except as follows:

6             a.   In February and March, 2008, MS&M was consulted
7   by Templeton Mixed Use Partners, L.P. ("TMUP"), which is the
8   obligor on a substantial outstanding loan serviced by Estate
9   Financial, Inc. ("EFI"), and in which Estate Financial Mortgage
10  Fund, LLC (the "Fund") holds an approximate $1.9 million
11  interest.   TMUP was in default under the payment terms of its
12  note, and MS&M discussed various possible ways to deal with the
13  results of the default, including the filing of an involuntary
14  bankruptcy petition against Estate Financial, Inc.   None of
15  these avenues were chosen, and MS&M terminated its
16  representation of TMUP on March 26, 2008.  MS&M billed a total
17  of $3,156.50 for services rendered and has been paid in full.
18  We do not currently represent TMUP or any related entity.

19            b.   MS&M also had discussions from time to time
20  during March and April 2008, with Mr. D.A. Fetyko, whose
21  company, D.A. Fetyko, Inc., is one of the largest borrowers
22  from EFI and the Fund, with many substantially delinquent
23  loans.   Mr. Fetyko inquired about the possibility of bankruptcy
24  filings for him and for his company.   Neither Mr. Fetyko nor
25  his company has filed bankruptcy to date, nor has he or his
26  company paid any money to MS&M at any time.   We do not
27  currently represent Mr. Fetyko or D.A. Fetyko, Inc., or any
28  related entity.

-6-

1          c.   MS&M has previously billed Centennial Livestock

2   the sum of $12,455 for fees and costs incurred in connection

3   with this case and the companion case of Estate Financial,

4   Inc., Case No. 08-11457.  This billing was in connection with

5   MS&M's prosecution of a motion for relief from stay in the

6   Estate Financial, Inc. case.  MS&M has not billed or been paid

7   any other money in connection with either case.

8          d.   In 1995, MS&M filed a Chapter 11 case for Thomas

9   Schultheis, who is an investor in Estate Financial, Inc. and

10  listed as one of its twenty largest unsecured creditors.  The

11  case concluded within one to two years thereafter, and our

12  files were destroyed in the ordinary course of business. MS&M

13  has not represented Mr. Schultheis since that time.

14      7.   Notwithstanding an initial request by Committee

15  members for appointment of an Official Committee on July 11,

16  2008, the United States Trustee did not decide to do so until

17  August 8, 2008, and solicitation of members did not start until

18  August 18, 2008.  During that interim period, MS&M was in

19  regular communication with six of the seven largest investors

20  and with the Trustee's counsel about the progress of the case,

21  and organized and attended the initial Committee meeting on

22  August 20, 2008, and a second meeting on September 4, 2008.

23  MS&M also provided information to other investors during this

24  period, in writing and by telephone, and regularly communicated

25  with the UST and counsel for Trustees Sharp and Jeremiasson

26  about their activities in the case.  MS&M also prepared a

27  proposed Committee agenda and bylaws for the Committee

28

-7-

1  meetings, organized and attended meetings, and prepared summary

2  minutes for the members.

3      8.   MS&M does not currently represent any entity holding

4  an adverse interest to the Committee or to this estate

5      9.   MS&M will fully comply with the Bankruptcy Code,

6  Bankruptcy Rules, Local Bankruptcy Rules and United States

7  Trustee Guide.

8      10.  I have read the foregoing statements based upon my

9  personal knowledge and if called upon, could competently

10  testify thereto.

11      I declare under the penalty for perjury under the laws of

12  the United States of America that the foregoing statements are

13  true.

14      Executed this 5th day of September, 2008, at Santa

15  Barbara, California.

16

17                                      PETER SUSI

18

19

20

21

22

23

24

25

26

27

28

- 8 -

1    MICHAELSON, SUSI & MICHAELSON          (SPACE BELOW FOR FILING STAMP ONLY)
         A Professional Corporation
2            ATTORNEYS AT LAW
     SEVEN WEST FIGUEROA STREET, SECOND FLOOR
3       Santa Barbara, California 93101-3191
            Telephone: (805) 965-1011
4            Facsimile:  (805) 965-7351

         Peter Susi, Bar No. 62957
5

6    Attorneys for Official Equity Committee

7

8                    UNITED STATES BANKRUPTCY COURT

9         CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

10

11   In re                          )   BK No. ND 08-11535-RR
                                     )
12   ESTATE FINANCIAL MORTGAGE       )   Chapter 11
     FUND, LLC,                      )
13                                   )
                        Debtor.      )   ORDER AUTHORIZING OFFICIAL
14                                   )   EQUITY COMMITTEE TO EMPLOY
                                     )   COUNSEL NUNC PRO TUNC
15                                   )
                                     )
16                                   )
                                     )   No Hearing
17                                   )
                                     )
18   _____

19       AT SANTA BARBARA, CALIFORNIA, IN SAID DISTRICT, ON THE

20   ____ DAY OF SEPTEMBER, 2008.

21       The Official Equity Committee (the "Committee") herein

22   having filed its application for authority to employ counsel at

23   the expense of the estate, and notice thereof having been given

24   pursuant to Local Rule 2014-1(b)(2), and no pleading having

25   been filed in opposition to the application, and it appearing

26   satisfactorily therefrom for the reasons shown therein that it

27   is necessary that the Committee employs counsel, and it further

28   appearing to the satisfaction of the undersigned that counsel

                      EXHIBIT " -1A "

1  represents no interest adverse to the Committee or the estate,

2  and it further appearing that the employment of Michaelson,

3  Susi & Michaelson, a Professional Corporation, would be in the

4  best interests of the estate and that this cause is one

5  justifying employment of counsel on a general retainer, it is,

6      ORDERED that the Committee be, and it is hereby,

7  authorized to employ Michaelson, Susi & Michaelson, A

8  Professional Corporation, of Santa Barbara, California, at the

9  expense of the estate *nunc pro tunc* as of July 1, 2008, to

10  represent it in these proceedings, with all fees subject to

11  court approval after notice and a hearing, and it is further,

12      ORDERED that the allowance of all fees and costs is

13  subject to court approval after notice and a hearing.

14

15                                    _____

16                                    UNITED STATES BANKRUPTCY JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

1  MICHAELSON, SUSI & MICHAELSON          (SPACE BELOW FOR FILING STAMP ONLY)
        A Professional Corporation
2           ATTORNEYS AT LAW
     SEVEN WEST FIGUEROA STREET, SECOND FLOOR
3      SANTA BARBARA, CALIFORNIA 93101-3191
           Telephone: (805) 965-1011
4           Facsimile:  (805) 965-7351
       Peter Susi, Bar No. 62957
5

6  Proposed Attorneys for Official Equity Committee

7

8               UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

10

11  In re                          )    BK No. ND 08-11535-RR
                                    )
12  ESTATE FINANCIAL MORTGAGE       )    Chapter 11
    FUND, LLC,                      )
13                                  )
                   Debtor.          )    NOTICE OF APPLICATION OF
14                                  )    OFFICIAL EQUITY COMMITTEE TO
                                    )    EMPLOY COUNSEL NUNC PRO TUNC
15                                  )
                                    )    [Loc.R.Bankr.P. 2014-1(b)(2)]
16                                  )
                                    )    No Hearing
17                                  )
                                    )
18  ─────────────────────────────────

19      TO THE UNITED STATES TRUSTEE, THE DEBTOR, CHAPTER 11

20  TRUSTEE, BRADLEY D. SHARP, CREDITORS, AND OTHER PARTIES IN

21  INTEREST:

22      PLEASE TAKE NOTICE that on September 8, 2008, an

23  Application of Official Equity Committee to Employ Counsel *Nunc*

24  *Pro Tunc* was filed with the court seeking approval of the

25  employment of Michaelson, Susi & Michaelson, a Professional

26  Corporation, as counsel to the Official Equity Committee.

27      To obtain a copy of said application, please contact the

28  undersigned at the address set forth above.

**EXHIBIT "B"**

1    PLEASE TAKE FURTHER NOTICE that any party wishing to

2  oppose the application must file a written objection with the

3  court and request for a hearing and serve the undersigned and

4  the United States Trustee not less than fifteen (15) days from

5  the date of this notice.  Any objection and request for hearing

6  must be in the form required by Local Rule of Bankruptcy

7  Procedure 9013-1(g)(1).  Any objection not timely filed and

8  served may be deemed waived.

9    DATED:  September ⌡   , 2008.

10                              MICHAELSON, SUSI & MICHAELSON
                                A Professional Corporation
11

12

13                        By
                                PETER SUSI,
14                              Proposed Attorneys for
                                Official Equity Committee
15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -

**12**

1

2                        DECLARATION OF SERVICE

3      [U.S. Bankruptcy Court, Central District, Local Rule 7004-1(b)

4           CHERYL NICCOLI, the undersigned, hereby declares:

5           Declarant is a citizen of the United States and is employed
       by the law firm of Michaelson, Susi & Michaelson, a Professional
6      Corporation, Seven West Figueroa Street, Santa Barbara, CA 93101.
       Declarant is over the age of 18 years and is not a party to the
7      within action.

8           On the 8th day of September, 2008, at the direction of PETER
       SUSI of said firm and a Member of the Bar of the United States
9      District Court for the Central District of California, I served
       the:

10     NOTICE OF APPLICATION OF OFFICIAL EQUITY COMMITTEE TO EMPLOY
       COUNSEL NUNC PRO TUNC
11
       on the interested parties in this matter by:
12
       (X) mailing, with postage thereon fully prepaid; ( ) personally
13     delivering; or ( ) sending via overnight carrier, a true copy
       thereof to said party at his, her, or their known address; or ( )
14     sending via FAX transmission with confirmation of transmittal by
       Transmit Confirmation Report and follow-up telephone call to the
15     individuals at the addresses and FAX numbers listed below; ( )
       sending via e-mail, and retaining a copy of the e-mail confirming
16     the date and time the e-mail was sent, to the individuals at the
       e-mail addresses listed below; or (X) sending electronically via
17     ECF with confirmation via receipt/notice from ECF, a true copy
       thereof, to wit:
18

19

20
                          -SEE ATTACHED LIST-
21

22

23          I declare under penalty of perjury that the foregoing is
       true and correct.
24
            Executed at Santa Barbara, California, on the 8th day of
25     September, 2008.

26

27                                  _____
                                    CHERYL NICCOLI, Declarant
28

                                                                    **13**

SERVICE LIST
Estate Financial Mortgage Fund, LLC

Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367
**(Electronic Notice via ECF)**

Brian F. Fittipaldi, Esq.
Office of the U.S. Trustee
128 East Carrillo Street
Santa Barbara, CA 93101

Chapter 11 Trustee
Bradley D. Sharp
Development Specialist, Inc.
333 S. Grand Avenue, Suite 4070
Los Angeles, CA 90071-1524

Attorney for Chapter 11 Trustee
David M. Poitras, Esq.
Jeffer Mangels et al., LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Attorney for Debtor
Lewis R. Landau, Esq.
23564 Calabasas Road, Suite 104
Calabasas, CA 91302

REQUESTS FOR SPECIAL NOTICE

Jerome S. Cohen, Esq.
3731 Wilshire Blvd., Suite 514
Los Angeles, CA 90010

Robert E. Hurlbett
3324 State Street, Suite O
Santa Barbara, CA 93105

Investment Trends, LLC
Attention Schultheis
4455 Via Bendita
Santa Barbara, CA 93110

David Gould
Dissolution Manager
23801 Calabasas Road, Suite 2032
Calabasas, CA 91302

William C. Beall, Esq.
Beall & Burkhardt
1114 State Street, Suite 200
Santa Barbara, CA 93101

Bryan Cave LLP
c/o Katherine M. Windler, Esq.
120 Broadway, Suite 300
Santa Monica, CA 90401

Louise Kalshan
440 Kerwin
Cambria, CA 93428

Jonathan R. Zeko
Grant & Zeko, APC
1331 India Street
San Diego, CA 92101

William H. Bartosh
62893 Indian Valley Road
San Miguel, CA 93451

The Investment Company
139 Via Fuchsia
Paso Robles, CA 93446

INTERESTED PARTIES

Chapter 11 Trustee for Estate Financial, Inc.
Thomas P. Jeremiassen
LECG LLC
2049 Century Park East 2300
Los Angeles, CA 90067

Attorneys for EFI Trustee
Robert B. Orgel, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067

Attorney for EFI Petitioning Creditors
Martin J. Brill, Esq.
10250 Constellation Blvd., Suite 1700
Los Angeles, CA 90067


Attorney for EFI Creditor
Mark E. Aronson, Esq.
Anderson, McPharlin & Connors LLP
444 S. Flower Street, 31st Floor
Los Angeles, CA 90071-2901


Mark Bradshaw
Shulman Hodges & Bastian
26632 Towne Center Drive, #300
Foothill Ranch, CA 92610


LIST OF 20 LARGEST UNSECURED
CREDITORS


Seid & Zucker, CPA's
935 Riverside Avenue, Suite 1
Paso Robles, CA 93446

# FIRM RESUME

## JAY L. MICHAELSON

Juris Doctor degree, University of Southern California 1966. Admitted to California and federal bar 1967. Associate with Danning & Gill, Los Angeles, California, 1967-1972. Partner with Danning, Gill, Michaelson & Gould, Los Angeles, California, 1972-1979. Partner with Michaelson, Susi & Michaelson, Santa Barbara, California, 1979-present. Trustee in bankruptcy to the Hon. Calvin K. Ashland, Chief Bankruptcy Judge, United States Bankruptcy Court, Central District of California, 1976-1979. Practice limited exclusively to bankruptcy, reorganization, and other debtor/creditor-related matters. Has over the past forty years represented debtors, creditors and creditor committees in more than 250 Chapter 11 cases. Has lectured extensively to attorneys and accountants (for CLE credits) on numerous bankruptcy related issues.

## PETER SUSI

Juris Doctor degree, University of Chicago Law School 1974. Admitted to California and federal bar 1974. Associate with Stutman, Treister & Glatt 1974-1977. Associate with Danning, Gill, Michaelson & Gould 1977-1979. Partner with Michaelson & Susi, later Michaelson, Susi & Michaelson, 1979-present. Practice limited exclusively to bankruptcy, reorganization, and other debtor/creditor-related matters. Has acted as lead attorney on seventy or more Chapter 11 bankruptcy cases and served as counsel to Chapter 7 and Chapter 11 Trustees on numerous occasions. Former adjunct professor at Santa Barbara College of Law and volunteer judge pro tem in Santa Barbara County Small Claims Court. Lectures regularly to bar association and certified public accountancy groups as well as to the general public.

## FRANKLYN S. MICHAELSON

Juris Doctor degree, University of California, Davis, California 1974. Admitted to California and federal bar 1974. Former deputy district attorney, deputy public defender, and associate at Schlegel, Friedemann & Menke (Orange, California) and Hatch & Parent (Santa Barbara, California). Retained bankruptcy expert by County of Santa Barbara; former adjunct professor, Santa Barbara School of Law; and frequent lecturer on bankruptcy matters to professional and student groups and local media. Member: Federal Bar Association; Santa Barbara and Ventura County Bar Associations; Board of Directors, Federal Bar Association - Central Coast Chapter; and Los Angeles Bankruptcy Forum. National Delegate, Federal Bar Association, 2004 Annual Conference. Former member: Ninth Circuit Judicial Conference Lawyer Representative; Leadership Subcommittee of Long Range Plan Implementation Committee for U.S. Bankruptcy Court, Central District of California; 2001 Merit Selection Panel for reappointment of U.S. Magistrate Judge; and American Bankruptcy Institute. Partner, Michaelson, Susi & Michaelson, a Professional Corporation, 1982-present, Santa Barbara, California. Practice focused on bankruptcy, reorganization, and other debtor/creditor related matters, representing debtors, creditors, and creditor committees, with emphasis in bankruptcy court litigation.



EXHIBIT " C "

Michaelson, Susi & Michaelson
Firm Resume
Page Two

## JOSEPH M. SHOLDER

Juris Doctor degree, University of Arizona (Order of the Coif), 1980; Managing Editor, Arizona Law Review. Bar admissions: Arizona 1980; United States District Court, District of Arizona 1981; Illinois and United States District Court Northern District of Illinois 1982; California 1986; United States District Court Central, Eastern and Northern Districts of California 1987; Ninth Circuit Court of Appeals 1992. Law Clerk to Honorable MaryAnne Richey, United States District Court, District of Arizona 1980-1982. Associate, Mayer, Brown & Platt, Chicago, Illinois 1982-1985; Associate, Cappello & Foley, Santa Barbara, California 1986-1988; Associate and Partner with Michaelson, Susi & Michaelson 1988-present. Practice limited exclusively to bankruptcy, reorganization and other debtor/creditor related matters. Lecturer to Bar Association Continuing Legal Education and Adult Education groups on bankruptcy and insolvency issues.

Michaelson, Susi & Michaelson
Firm Resume
Page Three

## LEGAL ASSISTANTS

### CHERYL NICCOLI

University of California, Santa Barbara 1964-1967.  Graduated with honors June 1983 from Santa Barbara Business College Legal Secretary Program.   Legal secretary/legal assistant at Michaelson, Susi & Michaelson, July 1983 to present, assisting attorneys in more than 100 Chapter 11 bankruptcy cases and other debtor-creditor matters, including the initial preparation of bankruptcy petitions, schedules and related documents, as well as the initial drafting of notices, motions, applications, and orders.  Completed ABA accredited UCSB Legal Assistantship Program course Bankruptcy Law for Paralegals.

### KIM CORDERO

Graduated from Snyder Business College Legal Secretary Program (Santa Barbara) in 1979.  Legal secretary at Haws, Record & Williford from 1979 to 1985; executive secretary at Transcontinental Corporation from 1985 to 1989; legal secretary/legal assistant at Michaelson, Susi & Michaelson from 1989 to present, assisting attorneys in more than 50 Chapter 11's and 100 Chapter 7's, including initial drafting of various bankruptcy petitions, schedules and related documents, notices, motions, applications, orders, and discovery documents, as well as assisting in other debtor/creditor-related matters.   Completed ABA accredited UCSB Legal Assistantship Program course Bankruptcy Law for Paralegals.

1

## DECLARATION OF SERVICE

2

[U.S. Bankruptcy Court, Central District, Local Rule 7004-1(b)

3

CHERYL NICCOLI, the undersigned, hereby declares:

4

Declarant is a citizen of the United States and is employed
by the law firm of Michaelson, Susi & Michaelson, a Professional
Corporation, Seven West Figueroa Street, Santa Barbara, CA 93101.
Declarant is over the age of 18 years and is not a party to the
within action.

5

6

7

On the 8th day of September, 2008, at the direction of PETER
SUSI of said firm and a Member of the Bar of the United States
District Court for the Central District of California, I served
the:

8

9

10

APPLICATION OF OFFICIAL EQUITY COMMITTEE TO EMPLOY COUNSEL NUNC
PRO TUNC; DECLARATION OF PETER SUSI

11

on the interested parties in this matter by:

12

(X) mailing, with postage thereon fully prepaid; ( ) personally
delivering; or ( ) sending via overnight carrier, a true copy
thereof to said party at his, her, or their known address; or ( )
sending via FAX transmission with confirmation of transmittal by
Transmit Confirmation Report and follow-up telephone call to the
individuals at the addresses and FAX numbers listed below; ( )
sending via e-mail, and retaining a copy of the e-mail confirming
the date and time the e-mail was sent, to the individuals at the
e-mail addresses listed below; or (X) sending electronically via
ECF with confirmation via receipt/notice from ECF, a true copy
thereof, to wit:

13

14

15

16

17

18

19

-SEE ATTACHED LIST-

20

21

22

I declare under penalty of perjury that the foregoing is
true and correct.

23

Executed at Santa Barbara, California, on the 8th day of
September, 2008.

24

25

26

CHERYL NICCOLI, Declarant

27

28

Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA  91367
**(Electronic Notice via ECF)**


Attorney for Chapter 11 Trustee
David M. Poitras, Esq.
Jeffer Mangels et al., LLP
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067

Attorneys for EFI Trustee
Robert B. Orgel, Esq.
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd., Suite 1100
Los Angeles, CA 90067