MICHAELSON, SUSI & MICHAELSON
A Professional Corporation
ATTORNEYS AT LAW
SEVEN WEST FIGUEROA STREET, SECOND FLOOR
SANTA BARBARA, CALIFORNIA 93101-3191
Telephone: (805) 965-1011
Facsimile: (805) 965-7351
Peter Susi, Bar No. 62957

(SPACE BELOW FOR FILING STAMP ONLY)

ENTERED SEP 25 2008 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

FILED SEP 25 2008 CENTRAL DISTRICT OF CALIFORNIA

LODGED SEP 24 2008 CLERK U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA

Attorneys for Official Equity Committee

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

| | |
|---|---|
| In re<br><br>ESTATE FINANCIAL MORTGAGE FUND, LLC,<br><br>            Debtor. | BK No. ND 08-11535-RR<br><br>Chapter 11<br><br>ORDER AUTHORIZING OFFICIAL EQUITY COMMITTEE TO EMPLOY COUNSEL NUNC PRO TUNC<br><br>No Hearing |

AT SANTA BARBARA, CALIFORNIA, IN SAID DISTRICT, ON THE 25th DAY OF September, 2008.

The Official Equity Committee (the "Committee") herein having filed its application for authority to employ counsel at the expense of the estate, and notice thereof having been given pursuant to Local Rule 2014-1(b)(2), and no pleading having been filed in opposition to the application, and it appearing satisfactorily therefrom for the reasons shown therein that it is necessary that the Committee employs counsel, and it further appearing to the satisfaction of the undersigned that counsel

-1-

1 | represents no interest adverse to the Committee or the estate,
2 | and it further appearing that the employment of Michaelson,
3 | Susi & Michaelson, a Professional Corporation, would be in the
4 | best interests of the estate and that this cause is one
5 | justifying employment of counsel on a general retainer, it is,
6 |     ORDERED that the Committee be, and it is hereby,
7 | authorized to employ Michaelson, Susi & Michaelson, A
8 | Professional Corporation, of Santa Barbara, California, at the
9 | expense of the estate *nunc pro tunc* as of July 1, 2008, to
10 | represent it in these proceedings, and it is further,
11 |     ORDERED that the allowance of all fees and costs is
12 | subject to court approval after notice and a hearing.

*/s/ Robin Riblet*
UNITED STATES BANKRUPTCY JUDGE

# DECLARATION OF SERVICE

[U.S. Bankruptcy Court, Central District, Local Rule 7004-1(b)]

CHERYL NICCOLI, the undersigned, hereby declares:

Declarant is a citizen of the United States and is employed by the law firm of Michaelson, Susi & Michaelson, a Professional Corporation, Seven West Figueroa Street, Santa Barbara, CA 93101. Declarant is over the age of 18 years and is not a party to the within action.

On the 24th day of September, 2008, at the direction of PETER SUSI of said firm and a Member of the Bar of the United States District Court for the Central District of California, I served the:

ORDER AUTHORIZING OFFICIAL EQUITY COMMITTEE TO EMPLOY COUNSEL NUNC PRO TUNC

on the interested parties in this matter by:

( ) mailing, with postage thereon fully prepaid; ( ) personally delivering; or ( ) sending via overnight carrier, a true copy thereof to said party at his, her, or their known address; or ( ) sending via FAX transmission with confirmation of transmittal by Transmit Confirmation Report and follow-up telephone call to the individuals at the addresses and FAX numbers listed below; ( ) sending via e-mail, and retaining a copy of the e-mail confirming the date and time the e-mail was sent, to the individuals at the e-mail addresses listed below; or (X) sending electronically via ECF with confirmation via receipt/notice from ECF, a true copy thereof, to wit:

Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA  91367
**(Electronic Notice via ECF)**

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Santa Barbara, California, on the 24th day of September, 2008.

_____
CHERYL NICCOLI, Declarant

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.
Do **not** file this form as a separate document.*

| In re<br>ESTATE FINANCIAL MORTGAGE FUND, LLC<br><br>Debtor. | CHAPTER  11<br>CASE NUMBER: ND 08-11535-RR |
|---|---|

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
ORDER AUTHORIZING OFFICIAL EQUITY COMMITTEE TO EMPLOY COUNSEL NUNC PRO TUNC

   was entered on *(specify date)*:    SEP 2 5 2008

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date): **[Due to length of service list, the attorney for the Official Equity Committee will serve the entered order on interested parties]**

   SEP 2 5 2008

Dated:   SEP 2 5 2008

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By: *Kam Rust*
**Deputy Clerk**

---

*Rev. 1/01*  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 9021-1.1**

Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367
**(Electronic Notice via ECF)**

<u>Attorneys for Official Equity Committee</u>
Peter Susi, Esq.
Michaelson, Susi & Michaelson
7 West Figueroa Street, 2nd Floor
Santa Barbara, CA 93101