1   MICHAELSON, SUSI & MICHAELSON                (SPACE BELOW FOR FILING STAMP ONLY)
    A Professional Corporation
2   ATTORNEYS AT LAW
    SEVEN WEST FIGUEROA STREET, SECOND FLOOR
3   SANTA BARBARA, CALIFORNIA 93101-3191
    Telephone: (805) 965-1011
4   Facsimile:  (805) 965-7351

    Peter Susi, Bar No. 62957

5

6   Attorneys for Official Equity Committee

7

8              UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

10

11  In re                        )   BK No. ND 08-11535-RR
                                 )
12  ESTATE FINANCIAL MORTGAGE     )   Chapter 11
    FUND, LLC,                    )
13                               )
                 Debtor.          )   APPLICATION FOR INTERIM
14                               )   COMPENSATION BY ATTORNEYS FOR
                                 )   OFFICIAL COMMITTEE OF EQUITY
15                               )   INVESTORS
                                 )
16                               )   Date:  March 25, 2009
                                 )   Time:  2:00 p.m.
17                               )   Place: 1415 State Street
                                 )          Courtroom 201
18                               )          Santa Barbara, CA
                                 )
19  _____

20       TO THE HONORABLE ROBIN L. RIBLET, UNITED STATES BANKRUPTCY

21  JUDGE, BRADLEY SHARP, CHAPTER 11 TRUSTEE, THE DEBTOR, AND

22  PARTIES IN INTEREST:

23       Michaelson, Susi & Michaelson, Professional Corporation,

24  attorneys for the Official Equity Committee herein (hereafter

25  "MS&M"), seeks interim compensation for services rendered and

26  costs incurred in this case during the period from July 7,

27  2008, and February 5, 2009, as follows:

28
                              - 1 -

## I.   INTRODUCTION

MS&M has served as attorneys for the Official Committee of Equity Investors (hereafter "the Committee") established for Estate Financial Mortgage Fund, LLC, (hereafter "the Fund") since their employment by *nunc pro tunc* order of this Court entered on September 25, 2008.  A copy of the order approving MS&M's employment is attached hereto as Exhibit "A" and incorporated by reference herein.  This is MS&M's first application for interim compensation.

This case was commenced by the filing of a voluntary Petition under Chapter 11 of the Bankruptcy Code on July 1, 2008.  The filing followed an involuntary Chapter 11 petition filed on June 25, 2008, against Estate Financial, Inc. ("EFI").

MS&M initially became involved in this case by reason of its representation of Centennial Livestock, a general partnership, and a group of like-minded investors who had filed a pre-petition action in the San Luis Obispo Superior Court seeking, among other things, appointment of a receiver for the Fund.  The Superior Court had granted the investors' request, and the Superior Court's receiver was just commencing his duties when the involuntary case against EFI was filed.  When it became apparent that EFI intended to consent to the bankruptcy filing, and the Fund followed with its own petition, the Centennial plaintiffs consented to the Bankruptcy Court's jurisdiction and abandoned their receivership action.

Upon formation of the Equity Committee, MS&M was selected as the Committee's counsel.  The full details of MS&M's prior

1  involvement in the case was explained to Committee members and

2  laid out in MS&M's application for employment.

3      The Debtor is an investment fund which was operated by EFI

4  as its manager and administered investments made by

5  approximately 1,700 investors.  All Fund investments were

6  placed in loans originated and serviced by EFI.

7      The Fund has very little if any outstanding debt.

8  Accordingly, its equity investors are the real parties in

9  interest in this case.

10     MS&M hereby incorporates by reference the narrative

11 contained in the interim fee applications of Bradley Sharp and

12 his counsel, Jeffer, Mangels, Butler & Marmaro, LLP, with

13 respect to the administrative operations of the Debtor,

14 prospects for reorganization, funds on hand in the estate, and

15 the estimated amount of other accrued expenses of

16 administration as permitted by Local Bankruptcy

17 Rule 2016-1(a)(v).

18              II.   SERVICES PROVIDED TO THE COMMITTEE

19     MS&M has provided services to the Committee in connection

20 with this Chapter 11 case as follows:

21              A.   FORMATION OF COMMITTEE

22              1.   MS&M organized and attended an initial

23 meeting with the chief operating officer of the Fund who had

24 been appointed shortly prior to the Chapter 11 filings, David

25 Gould, and his counsel, and investors.  The purpose of the

26 meeting was to evaluate the circumstances surrounding Mr.

27 Gould's appointment, the actions he intended to take, and to

28 determine the investors' position on his appointment.  MS&M

-3-

1   also attended initial hearings in the Bankruptcy Court and

2   meetings with Gould and Reiss and their counsel and investors

3   in an attempt to negotiate an acceptable method for retaining

4   their services.  These efforts ultimately broke down, and the

5   investors as a group decided to join with the U.S. Trustee's

6   Office in seeking the appointment of a Chapter 11 Trustee in

7   this case.

8             2.   MS&M urged the U.S. Trustee to form an

9   Equity Committee, provided legal research supporting formation

10  of such a committee, and worked with the U.S. Trustee in

11  getting that committee authorized and appointed.  At one point

12  when the process was delayed, MS&M prepared, but never filed, a

13  motion seeking an order directing appointment of such a

14  committee.

15            3.   MS&M acted as an informal intermediary

16  between the U.S. Trustee and investor candidates for the equity

17  committee, and funneled applications and information to the

18  Office of the United States Trustee for their use in selecting

19  a committee.

20            4.   MS&M performed an initial review of EFI and

21  Fund loan and investor documentation and sample loan

22  agreements.

23            5.   MS&M attended the 341(a) hearing and

24  addressed investors and answered their questions during an all

25  day meeting.

26       B.   COMMITTEE OPERATIONS

27            1.   MS&M prepared and obtained approval from the

28  Committee for the adoption of Committee By-Laws.

-4-

1          2.   MS&M prepared the application of the

2 Committee to employ counsel, the declaration and order.

3          3.   MS&M has prepared written Minutes of each

4 meeting of the Committee, which are posted on the page of the

5 Omni/Estate Financial website which is dedicated to investor

6 committee communications.

7          4.   MS&M prepared an initial Committee report to

8 all investors addressing some of the important issues in this

9 case, which was posted on the website and mailed to all

10 investors.

11          5.   From time to time, MS&M has dealt with media

12 representatives seeking information regarding case background,

13 progress, and bankruptcy procedures.

14          6.   MS&M has periodically met with Committee

15 members, the Trustees, and their counsel to discuss

16 administration of the two cases.

17                  III.   <u>LEGAL ISSUES</u>

18        A.   MS&M has researched the legal issues which arise

19 in connection with distributions to investors from proceeds of

20 loan liquidation and property sales, and prepared a memo to the

21 Trustees and their attorneys setting forth an analysis of those

22 issues.   MS&M has also attended meetings with the Trustees and

23 their attorneys to address a possible resolution of these

24 issues.

25        B.   It presently appears that the parties have

26 arrived at a formula for making distributions to investors from

27 property sales and loan collection proceeds which is acceptable

28 in concept by all parties.   This agreement was presented to the

1 | Fund Committee and the EFI Creditor Committee in a joint

2 | meeting held on February 3, 2009, in San Luis Obispo, and

3 | Committee counsel were given conceptual approval to proceed

4 | with the agreement by unanimous vote of both Committees.  The

5 | agreement is now being finalized for formal adoption by the

6 | various parties and interests.

7 |           C.   MS&M reviewed and commented on Trustees'

8 | pleadings seeking court approval for an omnibus order setting

9 | forth procedures governing loan collection and property sales.

10 | That motion was ultimately filed and adopted by the court.

11 |                IV.   ADMINISTRATIVE MATTERS

12 |           A.   From time to time MS&M talks with and responds to

13 | e-mails from investors with questions regarding the bankruptcy

14 | case and their investments.

15 |           B.   MS&M prepares written materials for monthly

16 | Committee meetings in San Luis Obispo.

17 |           C.   MS&M assisted in the formation of a joint

18 | subcommittee of the two Official Committees to consult with the

19 | Trustees on specific property sales and loan collection

20 | proposals, and helped to work out procedures for the

21 | subcommittee's operations.

22 |           D.   MS&M reviews Trustee property reports and deal

23 | recommendations as they are submitted and comments as directed

24 | by the Committee or as otherwise necessary.

25 |           E.   MS&M periodically makes court appearances for

26 | Trustees' counsel on routine matters in order to save the

27 | estate the cost of transporting attorneys from the Los Angeles

28 | area.  MS&M also has provided assistance to the Trustees and

-6-

1 | their counsel in getting papers filed or obtaining certified

2 | copies of court orders needed on an urgent basis at no cost to

3 | the estate.

4 | IV.   CONCLUSION AND REQUEST FOR INTERIM COMPENSATION

5 | During the period of MS&M's representation of the

6 | Committee, normal hourly billing rates for each attorney who

7 | rendered services to the estate are as set forth in the billing

8 | attached hereto as Exhibit "B."

9 | Attached hereto as Exhibit "C" is a brief description of

10 | the professional education and experience of each of the

11 | attorneys who have rendered services to this estate.

12 | MS&M has not received any compensation for services

13 | itemized in this application.  MS&M is requesting total fees of

14 | $174,822.50 from the commencement of services on July 7, 2008,

15 | through February 5, 2009, and reimbursement of costs in the

16 | amount of $2,257.50, for a total of fees and costs of

17 | $177,080.00.  As previously disclosed in MS&M's application for

18 | employment, MS&M was paid $12,455 for services rendered to the

19 | Centennial investors prior to the bankruptcy filing.  Those

20 | services are not included here.

21 | Attached hereto as part of Exhibit "B" is an itemized

22 | billing of all time and costs for which MS&M is seeking interim

23 | compensation and reimbursement.  MS&M has separately itemized

24 | all billed time spent traveling in this case, which totals 38.7

25 | hours and $15,292.50 in fees.  (These fees are included in the

26 | $174,822.50 total stated above.)

27 | MS&M has reviewed the requirements of Local Bankruptcy

28 | Rule 2016-1, and this application complies with the Rule.

1   WHEREFORE, MS&M prays that this Court enter its order

2   after notice to creditors:

3   1.   Approving as reasonable, pursuant to 11 U.S.C. § 329,

4   interim fees in the amount of $174,822.50 and interim costs in

5   the amount of $2,257.50.

6   2.   Authorizing payment of amounts awarded at such time

7   as Trustee Sharp deems prudent.

8   3.   For all other proper orders.

9   DATED:   February *12*, 2009.

10                          MICHAELSON, SUSI & MICHAELSON
                            A Professional Corporation
11

12                          By
13                             PETER SUSI, Attorneys for the
                               Official Equity Committee
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

VERIFICATION

1

2    I am a member of Michaelson, Susi & Michaelson, a

3 Professional Corporation, applicant herein.  I have read the

4 foregoing application and certify that it is true and correct

5 to the best of my knowledge, information and belief.

6    In compliance with United States Trustee Guide to

7 Applications for Professional Compensation, Item II(A)(11) the

8 billings which have been submitted with this fee application

9 have also been presented to Equity Committee Chairman John

10 Lacey, together with a letter requesting that he notify me of

11 any objections the Committee may have to any of the requested

12 fees and costs.  A copy of said letter is attached hereto.

13    I declare under penalty of perjury that the foregoing is

14 true and correct.

15    Executed this _17th_ day of February, 2009, at Santa

16 Barbara, California.

17                              _____

18                              PETER SUSI

19

20

21

22

23

24

25

26

27

28

MICHAELSON, SUSI & MICHAELSON
A PROFESSIONAL CORPORATION

JAY L. MICHAELSON
PETER SUSI
FRANKLYN S. MICHAELSON
JOSEPH M. SHOLDER

ATTORNEYS AT LAW
SEVEN WEST FIGUEROA STREET, SECOND FLOOR
SANTA BARBARA, CALIFORNIA 93101-3191

TELEPHONE
(805) 965-1011
TELECOPIER
(805) 965-7351
E-MAIL: MSM@MSMLAW.COM

February 18, 2009

John Lacey, Chairman
Official Equity Committee
652 W. Cromwell Avenue #103
Fresno, CA 93711-5715

Re:   Interim Fee Application
      Michaelson, Susi & Michaelson

Dear John:

In compliance with United States Trustee Guide to Applications for Professional Compensation, Item II(A)(11), I am sending you the application for interim compensation to be filed by Michaelson, Susi & Michaelson.

You should review the application carefully.   Under Local Bankruptcy Rules, we will submit to you a declaration indicating whether you have any objections to our fees.

A hearing on the applications has been scheduled for March 25, 2009, at 2:00 p.m.  I would, therefore, request that I have your response no later than March 15, 2009.

Sincerely,

PETER SUSI

PS:cn
Enclosure

**10**



MICHAELSON, SUSI & MICHAELSON
A Professional Corporation
ATTORNEYS AT LAW
SEVEN WEST FIGUEROA STREET, SECOND FLOOR
SANTA BARBARA, CALIFORNIA 93101-3191
Telephone:   (805) 965-1011
Facsimile:   (805) 965-7351

Peter Susi, Bar No. 62957

(SPACE BELOW FOR FILING STAMP ONLY)

ENTERED

SEP 2 5 2008

CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

FILED

SEP 2 5 2008

CENTRAL DISTRICT OF CALIFORNIA
BY

SEP 2 4 2008
CLERK, U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

Attorneys for Official Equity Committee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, NORTHERN DIVISION

In re

ESTATE FINANCIAL MORTGAGE
FUND, LLC,

                    Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)

BK No. ND 08-11535-RR

Chapter 11

ORDER AUTHORIZING OFFICIAL
EQUITY COMMITTEE TO EMPLOY
COUNSEL NUNC PRO TUNC

No Hearing

        AT SANTA BARBARA, CALIFORNIA, IN SAID DISTRICT, ON THE

25ᵗʰ DAY OF ___September___, 2008.

        The Official Equity Committee (the "Committee") herein

having filed its application for authority to employ counsel at

the expense of the estate, and notice thereof having been given

pursuant to Local Rule 2014-1(b)(2), and no pleading having

been filed in opposition to the application, and it appearing

satisfactorily therefrom for the reasons shown therein that it

is necessary that the Committee employs counsel, and it further

appearing to the satisfaction of the undersigned that counsel

- 1 -

EXHIBIT "A"

1  | represents no interest adverse to the Committee or the estate,

2  | and it further appearing that the employment of Michaelson,

3  | Susi & Michaelson, a Professional Corporation, would be in the

4  | best interests of the estate and that this cause is one

5  | justifying employment of counsel on a general retainer, it is,

6  |     ORDERED that the Committee be, and it is hereby,

7  | authorized to employ Michaelson, Susi & Michaelson, A

8  | Professional Corporation, of Santa Barbara, California, at the

9  | expense of the estate *nunc pro tunc* as of July 1, 2008, to

10 | represent it in these proceedings, and it is further,

11 |     ORDERED that the allowance of all fees and costs is

12 | subject to court approval after notice and a hearing.

13

14 |                 ROBIN L. RIBLET

15 |           UNITED STATES BANKRUPTCY JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF SERVICE

[U.S. Bankruptcy Court, Central District, Local Rule 7004-1(b)

      CHERYL NICCOLI, the undersigned, hereby declares:

      Declarant is a citizen of the United States and is employed by the law firm of Michaelson, Susi & Michaelson, a Professional Corporation, Seven West Figueroa Street, Santa Barbara, CA 93101. Declarant is over the age of 18 years and is not a party to the within action.

      On the 24th day of September, 2008, at the direction of PETER SUSI of said firm and a Member of the Bar of the United States District Court for the Central District of California, I served the:

ORDER AUTHORIZING OFFICIAL EQUITY COMMITTEE TO EMPLOY COUNSEL NUNC PRO TUNC

on the interested parties in this matter by:

( ) mailing, with postage thereon fully prepaid; ( ) personally delivering; or ( ) sending via overnight carrier, a true copy thereof to said party at his, her, or their known address; or ( ) sending via FAX transmission with confirmation of transmittal by Transmit Confirmation Report and follow-up telephone call to the individuals at the addresses and FAX numbers listed below; ( ) sending via e-mail, and retaining a copy of the e-mail confirming the date and time the e-mail was sent, to the individuals at the e-mail addresses listed below; or (X) sending electronically via ECF with confirmation via receipt/notice from ECF, a true copy thereof, to wit:

Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA  91367
**(Electronic Notice via ECF)**

      I declare under penalty of perjury that the foregoing is true and correct.

      Executed at Santa Barbara, California, on the 24th day of September, 2008.

CHERYL NICCOLI, Declarant

**13**

*NOTE TO USERS OF THIS FORM:*
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re | CHAPTER  11 |
|---|---|
| ESTATE FINANCIAL MORTGAGE FUND, LLC | |
| Debtor. | CASE NUMBER: ND 08-11535-RR |

## NOTICE OF ENTRY OF JUDGMENT OR ORDER
## AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:
   ORDER AUTHORIZING OFFICIAL EQUITY COMMITTEE TO EMPLOY COUNSEL NUNC PRO TUNC

   was entered on *(specify date)*:  SEP 2 5 2008

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on (specify date):  [Due to length of service list, the attorney for the Official Equity Committee will serve the entered order on interested parties]

   SEP 2 5 2008

Dated:

SEP 2 5 2008

JON D. CERETTO
Clerk of the Bankruptcy Court

By: _KAMRust_____

Deputy Clerk

Office of the U.S. Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA  91367
**(Electronic Notice via ECF)**

<u>Attorneys for Official Equity Committee</u>
Peter Susi, Esq.
Michaelson, Susi & Michaelson
7 West Figueroa Street, 2nd Floor
Santa Barbara, CA 93101

14(a)

# MICHAELSON, SUSI & MICHAELSON

A PROFESSIONAL CORPORATION

JAY L. MICHAELSON
PETER SUSI
FRANKLYN S. MICHAELSON
JOSEPH M. SHOLDER

ATTORNEYS AT LAW
SEVEN WEST FIGUEROA STREET, SECOND FLOOR
SANTA BARBARA, CALIFORNIA 93101-3191

TELEPHONE
(805) 965-1011
TELECOPIER
(805) 965-7351
E-MAIL: MSM@MSMLAW.COM

February 18, 2009

Estate Financial Mortgage Fund, LLC
c/o John Lacey, Chairman
PO Box 9
Paso Robles, CA  93447

## STATEMENT

Attorneys' services for July 7, 2008       420 hours
     through February 5, 2009

```
398.3 hours at $425/hour (PS)  = $169,277.50
  2.0 hours at $450/hour (JLM) =      900.00
 11.5 hours at $395/hour (JS)  =    4,542.50
  6.0 hours at $ 95/hour (CN)  =      570.00
  2.2 hours at No Charge        =        0.00
                                 $175,290.00
```

Total fees       $175,290.00

Costs incurred from July 7, 2008
     through February 5, 2009

| | |
|---|---:|
| Computer | $ 266.59 |
| Fax | 40.00 |
| FedEx | 53.67 |
| Filing Fee | 169.00 |
| Miscellaneous | 113.14 |
| Pacer | 1.84 |
| Photocopies | 969.75 |
| Postage | 179.80 |
| Telephone | 115.00 |
| Transcript | 88.95 |
| Westlaw | 580.32 |
| | $2,578.06 |

Total costs       2,578.06

Total fees and costs       $177,868.06

BALANCE DUE       $177,868.06



EXHIBIT "B"

15

# MICHAELSON, SUSI & MICHAELSON

*A Professional Corporation*
*Seven West Figueroa, 2nd Floor*
*Santa Barbara, California 93101*
(805) 965-1011

February 13, 2009

Estate Financial Mortgage Fund, LLC
c/o John Lacey, Chairman
PO Box 9
Paso Robles CA 93447

Invoice #21662

Services through February 05, 2009

| | | | Hours | Amount |
|---|---|---|---|---|
| | **ASSET DISPO.** | | | |
| 9/5/2008 | JS-P | Conference with Peter Susi re case status and strategy | 0.50 | 197.50 |
| 10/23/2008 | JS-P | Conference with Peter Susi re 541(d) issue | 0.50 | 197.50 |
| 10/24/2008 | JS-P | Legal research re 541(d) and constructive trust issues and sale v. loan issues | 2.50 | 987.50 |
| 10/27/2008 | JS-P | Conference with Peter Susi re property of estate issue | 0.60 | 237.00 |
| 12/29/2008 | JS-P | Legal research re 12/16/08 memo from trustee's re investor's interests | 1.30 | 513.50 |
| 12/30/2008 | JS-P | E-mail to Peter Susi re trustee's avoidance powers and equitable ownership of assets (.5); further legal research re same (.6) | 1.10 | 434.50 |
| | SUBTOTAL: | [ | 6.50 | 2,567.50] |

**16**

Estate Financial Mortgage Fund, LLC

Page     2

| | | | Hours | Amount |
|---|---|---|---|---|

### CASE ADMIN.

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/7/2008 | PS-P | Telephone conference with Windler about status (.6); telephone conference with Beall (.3); telephone conference with Brill Esq. (.3); telephone conference with Frederickson (.2); telephone conference with J.Riblet's law clerk, Evelyn Ricci (.2); review papers attached to Fund Chapter 11 petition, including resolutions and Gould employment agreement | 2.30 | 977.50 |
| | PS-P | Telephone conference with Roger and email to him | 0.60 | 255.00 |
| | PS-P | Telephone conference with Frederickson and office conference with Jay Michaelson about strategy | 0.80 | 340.00 |
| | PS-P | Telephone conference with Landau | 0.50 | 212.50 |
| | PS-P | Email to Roger | 0.40 | 170.00 |
| | PS-P | Telephone conference with Bob Hurlbett Esq. re his client's claims in EFI case and how it fits into our claims | 0.40 | 170.00 |
| | PS-P | Telephone conference with Marj. Erickson at United States Trustee about Trustee for Fund case | 0.30 | 127.50 |
| 7/8/2008 | PS-P | Conference call with clients and Roger about next moves | 1.20 | 510.00 |

Estate Financial Mortgage Fund, LLC

Page      3

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/8/2008 PS-P | | Telephone conference with Erickson about status and email to Roger | 0.60 | 255.00 |
| | PS-P | Review reports on Estate filing and background; emails from Roger and from Gary S. (.8);  and telephone conference with David Gould (.4) | 1.20 | 510.00 |
| | PS-P | Receive and review proposed employment order from Gould and Roger's outline of conditions to Gould employment and telephone conference with Roger re same | 1.00 | 425.00 |
| 7/9/2008 PS-P | | Telephone conference with Erickson and telephone conference with Hanno Powell (.4); work on terms for  Gould employment (.7); telephone conference with Beall (.3); receive and review various emails from Roger, Sawyers, and respond (.6); draft Gould employment language (.7); | 2.70 | 1,147.50 |
| | PS-P | Prepare draft letter to United States Trustee requesting appointment of committee (1.0);  go over draft documents with Roger | 1.60 | 680.00 |
| | PS-P | Receive and review website proposal for committee communications | 0.30 | 127.50 |
| | PS-P | Further revisions to letter to United States Trustee and emails to and from Frederickson | 0.60 | 255.00 |

Estate Financial Mortgage Fund, LLC

| | | | Page | 4 |
|---|---|---|---|---|
| | | | Hours | Amount |

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/10/2008 PS-P | Receive and review emails from Roger and Gary about committee formation and Gould employment and respond (.4); telephone conference with Roger re same (.3); telephone conference with Lew Landau about our agreement and a meeting (.3) | | 1.00 | 425.00 |
| PS-P | Further markups of proposed Gould employment order and forward to Landau | | 1.10 | 467.50 |
| PS-P | Telephone conference with Gary Sawyers | | 0.20 | 85.00 |
| PS-P | Telephone conference with Gould twice about a meeting and emails to and from clients re same | | 0.50 | 212.50 |
| PS-P | Multiple emails from investors and Roger and Gary about meeting on Saturday and respond (.4); telephone conference with Beall (.2); telephone conference with Landau (.2); telephone conference with Gould twice (.4); receive and review additional printed materials | | 1.70 | 722.50 |
| PS-P | Additional phone calls with Gould and Roger and Gina in his office and receive and review requests for membership in committee (.9); office conference with Joseph Sholder about issues presented (.3) | | 1.20 | 510.00 |

Estate Financial Mortgage Fund, LLC

| | | | Page | 5 |
|---|---|---|---|---|
| | | | Hours | Amount |
| 7/10/2008 | PS-P | Additional emails from client and Gould and respond | 0.30 | 127.50 |
| | PS-P | Telephone conference with Roger (.7); telephone conference with Marj. | 0.90 | 382.50 |
| | PS-P | Email from Landau and respond | 0.20 | 85.00 |
| 7/11/2008 | PS-P | Telephone conference with Roger (.2) and telephone conference with Beall (.3) and telephone conference with Brill's secretary and telephone conference with Ricci (.2) about the Monday hearing; revise Erickson letter (.3); prepare proposed order on relief from stay (.6) | 1.60 | 680.00 |
| | PS-P | Prepare for meeting (.7); telephone conference with Gina at Roger's office about additional applications (.2) | 0.90 | 382.50 |
| | PS-P | Meeting with clients and 6 other investors and Gould and Landau | 4.50 | 1,912.50 |
| | PS-P | Pre and post Gould meetings with clients and investors | 2.00 | 850.00 |
| 7/12/2008 | PS-P | Office conference with Jay Michaelson re future steps | 0.60 | 255.00 |
| | JLM-P | Office conference with Peter Susi re strategy | 0.60 | 270.00 |
| | PS-P | Receive and review various emails from Landau and Beall and Beall's response to stay motion and motions to employ Reiss and | 1.70 | 722.50 |

Estate Financial Mortgage Fund, LLC

Page 6

| | | | Hours | Amount |
|---|---|---|---|---|
| | | consent to Chapter 11 and Landau's motion to employ Gould | | |
| 7/12/2008 | PS-P | Email to clients with recommendations | 0.40 | 170.00 |
| 7/13/2008 | PS-P | Prepare for Monday hearing and emails to and from Sawyers Esq. and email to Frederickson | 1.10 | 467.50 |
| 7/14/2008 | PS-P | Prepare for hearing and telephone conference with Roger | 0.80 | 340.00 |
| | PS-P | Multiple phone calls and emails from Frederickson and begin drafting an application to employ his firm as special counsel | 1.50 | 637.50 |
| | PS-P | Telephone conference with Landau and review investor list and filings for hearings on Wednesday | 0.80 | 340.00 |
| | PS-P | Email to Landau laying our considerations in working for Debtor as special counsel and response (.4); office conference with Jay Michaelson about Committee strategy and organization (.4) | 0.80 | 340.00 |
| | JLM-P | Office conference with Peter Susi about committee issues | 0.40 | 180.00 |
| | PS-P | Review Loan Servicing Agreement (.4); Lender Purchaser Disclosure Statement (.1); Subscription Agreement (.1); Construction Loan | 0.80 | 340.00 |

Estate Financial Mortgage Fund, LLC

Page     7

| | | | Hours | Amount |
|---|---|---|---|---|
| | | Agreement (.2) and other standard loan documents | | |
| 7/15/2008 | PS-P | Receive and review multiple emails from Roger and investors (.4); telephone conference with Erickson about hearing tomorrow (.4); telephone conference with Roger (.4); telephone conference with David Ray (.3); email to Erickson with additional committee names and info (.3) | 2.10 | 892.50 |
| | PS-P | Telephone conference with two investors about status and upcoming hearing (.5); revise Frederickson application | 0.70 | 297.50 |
| | PS-P | Additional emails from Frederickson and respond (.3) and receive and review additional requests to join committee (.1) and list of investors with addresses and amounts (.3) and email to Landau and revise Roger's employment application (.3) | 1.00 | 425.00 |
| | PS-P | Emails from Roger and from Paul Ready and telephone conference with Paul and telephone conference with Roger about the hearing tomorrow | 0.80 | 340.00 |
| | PS-P | Telephone conference with Erickson | 0.20 | 85.00 |
| 7/16/2008 | PS-P | Court appearance re debtors' motions to assume executory employment contracts with Gould and Reiss and meetings before | 4.70 | 1,997.50 |

Estate Financial Mortgage Fund, LLC

Page 8

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | and after (3.3); telephone conference with Dave W. and telephone conference with Roger and telephone conference with Marge E. about next steps (.8); telephone conference with atty Bill Powell about his client's Fund investment (.3); telephone conference with Paul Ready (.3) |  |  |
| 7/16/2008 | PS-P | Email from Roger and respond | 0.20 | 85.00 |
|  | PS-P | Work on committee bylaws | 0.70 | 297.50 |
|  | PS-P | Telephone conference with Roger about recent developments and strategy | 0.40 | 170.00 |
| 7/17/2008 | PS-P | Receive and review emails from investors | 0.20 | 85.00 |
|  | PS-P | Conference call with clients and Roger F. and Gary Sawyers | 0.50 | 212.50 |
|  | PS-P | Receive and review memos from investors and also from Frederickson about background (.3); prepare draft agenda for first committee meeting | 0.80 | 340.00 |
|  | PS-P | Telephone conference with Erickson and draft supplemental letter to her regarding formation of committee and factual back-up and documents to support original request (1); telephone conference with Roger (.3) | 1.30 | 552.50 |

Estate Financial Mortgage Fund, LLC

Page    9

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/17/2008 | PS-P | Telephone conference with Frederickson (.3); revise Erickson letter and pull exhibits (.4) | 0.70 | 297.50 |
| | PS-P | Telephone conference with Frederickson and email to Gary and clients and receive and review responses (.8); receive and review Landau brief in opposition to United States Trustee motion to appoint trustees in the two cases | 1.40 | 595.00 |
| | PS-P | Telephone conference with Paul Ready about hearing tomorrow (.3); telephone conference with Roger (.3) | 0.60 | 255.00 |
| 7/18/2008 | PS-P | Prepare for and attend hearing on appointment of trustees in the two cases and meetings afterwards | 3.50 | 1,487.50 |
| | PS-P | Conference calls with clients and their attorneys (two) | 0.70 | 297.50 |
| | PS-P | Telephone conference with Roger | 0.30 | 127.50 |
| 7/20/2008 | PS-P | Review news reports and email from investors | 0.40 | 170.00 |
| 7/21/2008 | PS-P | Telephone conference with Laudau Esq. re transition (.2); receive and review Applebaum declaration re Guth assets (.3) | 0.50 | 212.50 |
| | PS-P | Telephone conference with Melanie at the Tribune about Friday hearing (.4); telephone conference with Roger (.2); receive and review order appointing | 0.80 | 340.00 |

Estate Financial Mortgage Fund, LLC

| | | | Page | 10 |
|---|---|---|---|---|
| | | | Hours | Amount |
| | | Reiss as temporary administrator (.2) | | |
| 7/21/2008 | PS-P | Receive and review solicitation from EFI to investors for formation of LLC's and lengthy letter from Attorney Fairbairn on same subject (.4) and telephone conference with Roger (.2) and email to Landau, Beall, and Erickson re same (.5) and telephone conference with Roger again (.2)and emails from Lew and from Will B.(.3) and email to Tribune reporter (.1) and email from Roger (.1) | 1.70 | 722.50 |
| | PS-P | telephone conference with Erickson | 0.20 | 85.00 |
| | PS-P | Email to Ready about Steinbeck committee application | 0.20 | 85.00 |
| | PS-P | Receive and review Landau letter to Fairbairn; emails to Erickson and Landau | 0.40 | 170.00 |
| 7/22/2008 | PS-P | Answer inquiries from fund investors and check court docket for recent pleadings | 0.40 | 170.00 |
| | PS-P | Telephone conference with Jennifer Braun at United States Trustee about status (.4); telephone conference with Sandra McBeth about trustee duties and the case (.3); email to Roger and Gary about status | 1.00 | 425.00 |

Estate Financial Mortgage Fund, LLC

| | | | Page 11 | |
|---|---|---|---|---|
| | | | Hours | Amount |
| 7/23/2008 | PS-P | receive and review email from Englehart and respond; email to Ready | 0.30 | 127.50 |
| | PS-P | Emails from investor and from Ron Cooper and from Roger and respond with update (.4); letter to Erickson with four additional committee applications | 0.70 | 297.50 |
| 7/24/2008 | PS-P | Telephone conference with Braun about trustee candidates and committees to be appointed (.3); email to Roger re same (.3); receive and review Englehart application and letter to Erickson | 0.90 | 382.50 |
| | PS-P | Letter to Erickson | 0.20 | 85.00 |
| | PS-P | Office conference with Joseph Sholder about how to deal with the legal issues in the case | 0.80 | 340.00 |
| | PS-P | Receive and review motion to sell with notice of hearing and setting time for opposition and emails to Gary and Roger re same | 0.40 | 170.00 |
| 7/25/2008 | PS-P | Receive and review emails from Roger and respond (.3); telephone conference with Erickson (.3); telephone conference with Roger (.2); telephone conference with Jeremiassen (.3); status report to committee applicants (.8) | 1.90 | 807.50 |
| 7/26/2008 | PS-P | Exchange emails with J. Lacey | 0.10 | 42.50 |

Estate Financial Mortgage Fund, LLC                    Page      12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/26/2008 | PS-P | Provide background on trustee appointments to Tribune for news report | 0.40 | 170.00 |
| 7/28/2008 | PS-P | Receive and review application and order appointing Jeremiassen trustee and email to Ready re same | 0.30 | 127.50 |
|  | PS-P | Exchange emails and info with Tribune reporter Cleveland | 0.30 | 127.50 |
|  | PS-P | Emails to and from Frederickson and telephone conference with investor | 0.40 | 170.00 |
|  | PS-P | Telephone conference with Erickson and telephone conference with Braun and email to Roger and to his client | 0.60 | 255.00 |
| 7/29/2008 | PS-P | Telephone conference with Sharp (.3); telephone conference with Sam Mazell (.3); receive and review emails from investors Cullinan and Englehart and respond (.3) | 0.90 | 382.50 |
|  | PS-P | Email from Roger F. and respond | 0.20 | 85.00 |
| 7/30/2008 | PS-P | Prepare letter to Erickson and investors about committee appointment (.5) | 0.50 | 212.50 |
|  | PS-P | Telephone conference with Frederickson (.2); telephone conference with Loomis, investor (.2); telephone conference with Erickson | 0.50 | 212.50 |

**27**

Estate Financial Mortgage Fund, LLC

| | | | Page | 13 |
| --- | --- | --- | --- | --- |
| | | | Hours | Amount |
| 7/31/2008 | PS-P | Telephone conference with Poitras (.5); telephone conference with Maizel (.3); emails to both of them and emails to and from investors (.4) | 1.20 | 510.00 |
| 8/1/2008 | PS-P | Telephone conference with Roger (.3); email to Maizel and Poitras and response (.2); telephone conference with investor | 0.70 | 297.50 |
| 8/4/2008 | PS-P | Telephone conference with Roger F. and Dave J. about meeting tomorrow with trustees and their counsel | 0.50 | 212.50 |
| | PS-P | Telephone conference with Poitras and email to Juhnke | 0.20 | 85.00 |
| | PS-P | Email from Orgel and respond and telephone conference with Roger about meeting | 0.50 | 212.50 |
| 8/5/2008 | PS-P | Court appearance re motion to sell property (1.0); meeting with Orgel, Jerremiassen, Frederickson, Juhnke, and Brill in my office (2.5); telephone conference with Braun in United States Trustee office (.4); telephone conference with Brill (.2); email with questions from Sawyer and respond (.4); telephone conference with Don Bundren (.4) | 4.90 | 2,082.50 |
| | PS-P | Email from Gary and respond | 0.20 | 85.00 |
| 8/6/2008 | PS-P | Telephone conference with fund investor | 0.20 | 85.00 |

Estate Financial Mortgage Fund, LLC

Page 14

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/6/2008 | PS-P | Receive and review email regarding Consolidated judgment from Cullinan and telephone conference with Roger re same | 0.60 | 255.00 |
| | PS-P | Receive and review Superior Court judgment in the receivership action and email to Roger re same | 0.50 | 212.50 |
| 8/7/2008 | PS-P | Receive and review email from Sawyer and from Roger and respond | 0.50 | 212.50 |
| | PS-P | Telephone conference with Richardson about offering services to trustees | 0.30 | 127.50 |
| | PS-P | Telephone conference with Roger about various | 0.30 | 127.50 |
| 8/8/2008 | PS-P | Telephone conference with Jennifer Braun on status of committee appointments (.3); email to Poitras about getting creditor lists prepared and filed (.2); email to Erickson about legal standards (.2); email to Roger about same (.2); prepare status report to prospective committee members (.4) | 1.30 | 552.50 |
| | PS-P | Research legal standards for court to order appointment of equity committee (1.5); prepare first draft of motion and declarations in support of motion | 3.00 | 1,275.00 |
| 8/11/2008 | PS-P | Work on motion for appointment of equity committee and exhibits and declaration | 3.40 | 1,445.00 |

Estate Financial Mortgage Fund, LLC

| | | | Page | 15 |
|---|---|---|---|---|
| | | | Hours | Amount |
| 8/11/2008 | PS-P | Prepare notice of motion and service instructions | 0.70 | 297.50 |
| | PS-P | Receive and review inquiry from Orgell about creditor lists and emails to Roger and investor about same | 0.60 | 255.00 |
| 8/12/2008 | PS-P | Finalize motion for filing (.3) and final review of service list and telephone conference with Roger F. re info contained | 0.60 | 255.00 |
| | PS-P | Receive and review letter and request from Cohen Esq. | 0.10 | 42.50 |
| | PS-P | Telephone conference with Marg about formation of committees and telephone conference with Roger re same and receive and review email from Roger re EFI claims and telephone conference with Roger again | 1.20 | 510.00 |
| | PS-P | Telephone conference with Cullinan; email to Gary with update on events | 0.50 | 212.50 |
| | PS-P | Telephone conference with Steinbeck about his committee appointment and emails from investors (.3); telephone conference with Marge Erickson (.2); telephone conference with Jennifer Braun (.3) about committee formation; prepare memo to all prospective committee members with proposed meeting agenda and status report (1) | 1.80 | 765.00 |

Estate Financial Mortgage Fund, LLC

| | | | Page | 16 |
|---|---|---|---|---|
| | | | Hours | Amount |
| 8/12/2008 | PS-P | Telephone conference with Jerome Cohen Esq., atty for William Adam | 0.40 | 170.00 |
| | PS-P | Telephone conference with Jim Buckley, committee member, and email to him about status | 0.30 | 127.50 |
| 8/13/2008 | PS-P | Respond to Orgel inquiry about creditor claims in EFI case and review emails from Bell and Roger re same. | 0.50 | 212.50 |
| | PS-P | Email to Lacey about meeting | 0.20 | 85.00 |
| | PS-P | Telephone conference with Fund investor about his claims | 0.60 | 255.00 |
| 8/14/2008 | PS-P | Telephone conference with Cullinan about her claim and emails from her with details and to Orgel (.4); telephone conferences with Buckley, Lacey, Meyer, and Steinbeck twice each about meeting next week (1.3); emails and telephone conference with Melissa Costa about location for meeting and emails to her | 2.10 | 892.50 |
| | PS-P | Telephone conference with Erin at O'Neal's office and send out a memo to all members about upcoming meeting | 1.00 | 425.00 |
| | PS-P | Telephone conference with large fund investor, Don Bundren | 0.50 | 212.50 |
| | PS-P | Telephone conference with Sam Mazell | 0.30 | 127.50 |

Estate Financial Mortgage Fund, LLC

Page    17

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/14/2008 | PS-P | Email from investor and respond | 0.20 | 85.00 |
| 8/15/2008 | PS-P | Memo to Frederickson about investor claims | 0.50 | 212.50 |
| 8/18/2008 | PS-P | Prepare additional memo to committee members with agenda for first meeting (.4); receive and review memo from trustee and trustee's motion for extension of time to file schedules (.4); receive and review solicitation form from United States Trustee and email to Erickson re same (.3) | 1.10 | 467.50 |
| | PS-P | Receive and review letter and investor list from Bundren and respond and email to Erickson | 0.40 | 170.00 |
| | PS-P | Receive and review trustee's motion to extend time for filing schedules and proposed order (.2); emails to Roger and to Centennial | 0.30 | 127.50 |
| 8/19/2008 | PS-P | Telephone conference with David Poitras about status and future activities (.4); prepare materials for committee meetings, including handouts and information package | 1.60 | 680.00 |
| | PS-P | Telephone conference with investor | 0.20 | 85.00 |
| | PS-P | Telephone conference with Roger about committee meeting | 0.20 | 85.00 |

Estate Financial Mortgage Fund, LLC

Page     18

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/20/2008 | PS-P | Meeting with committee members in San Luis Obispo (3.0); travel to and from meeting (3.7); Pre-meeting with Frederickson and Junke Esq. (.6); telephone conference with Paul Ready (.3) | 7.60 | 3,230.00 |
| | PS-P | Lunch meeting with William Adams and Frederickson | 1.00 | NO CHARGE |
| 8/21/2008 | PS-P | Receive and review emails from Englehardt and Ready and James Buckley and respond | 0.50 | 212.50 |
| | PS-P | Review and respond to Bell email (.1); prepare minutes of first meeting of committee | 1.00 | 425.00 |
| | PS-P | Telephone conference with Adams (.4); emails from Kushen and Frederickson and respond (.3); telephone conference with Erickson (.2) | 0.90 | 382.50 |
| | PS-P | Email from Adams and respond (.3); telephone conference with Bob Berger about his web site and setting up a committee link; email to Galsterer Marketing about a committee site | 0.80 | 340.00 |
| | PS-P | Emails to and from public relations firm about best method for communicating with investors | 0.40 | 170.00 |
| 8/22/2008 | PS-P | Email from Adams and respond | 0.20 | 85.00 |

Estate Financial Mortgage Fund, LLC

|  |  |  | Page | 19 |
|---|---|---|---|---|
|  |  |  | Hours | Amount |
| 8/22/2008 | PS-P | Meeting with Ed Galsterer of Galsterer Marketing about best and most efficient way to use trustee website and other communications | 0.80 | 340.00 |
|  | PS-P | Receive and review letter from Cooper to all parties (.1); receive and review Beall fee application in EFI case | 0.40 | 170.00 |
| 8/25/2008 | PS-P | Receive and review multiple emails from Adams and his fax attachment and application and reply | 0.30 | 127.50 |
|  | PS-P | Prepare letter to Fittipaldi with applications and status report (.4); email to Buckley (.1) and to O'Neal (.2( | 0.70 | 297.50 |
|  | PS-P | Telephone conference with Fetyko about his proposed meeting with William Adams | 0.20 | 85.00 |
|  | PS-P | Receive and review emails from Jeremiassen and from Sherri Bell on various subjects | 0.20 | 85.00 |
| 8/26/2008 | PS-P | Review case law on debtor reimbursement of committee member liability insurance policy | 0.40 | 170.00 |
|  | PS-P | Receive and review Landau and Gould fee applications and notice of hearing | 0.30 | 127.50 |
|  | PS-P | Telephone conference with Brian Fittipaldi (.4); email to clients re same (.4) | 0.80 | 340.00 |

**34**

Estate Financial Mortgage Fund, LLC

| | | | Page | 20 |
|---|---|---|---|---|
| | | | Hours | Amount |
| 8/26/2008 PS-P | | Emails to Landau, Beall and Brill about pending fee applications and email to all committee members re same | 0.70 | 297.50 |
| 8/27/2008 PS-P | | Email from Beall and from Frederickson and from Sawyer and from Bell | 0.30 | 127.50 |
| 8/28/2008 PS-P | | Receive and review sample loan servicing and borrower documents used by EFI (.5); receive and review 20 largest creditor list filed by Jeremiassen and email to Frederickson; and telephone conference with Roger | 0.80 | 340.00 |
| | PS-P | Telephone conference with Roger about fee applications and receive and review email from Bell and respond and email to Will B. and Lewis Landau about the fee hearing | 0.80 | 340.00 |
| 8/29/2008 PS-P | | Telephone conference with Fittipaldi about committee formation and fee applications | 0.40 | 170.00 |
| | PS-P | Telephone conference with Lacey and email to all committee members about upcoming meeting | 0.50 | 212.50 |
| | PS-P | Telephone conference with Roger | 0.20 | 85.00 |
| | PS-P | Telephone conference with Tom Schultheis about his investments, an EFI committee, and issues in the case | 0.70 | 297.50 |

Estate Financial Mortgage Fund, LLC

Page 21

| | | | Hours | Amount |
|---|---|---|---|---|
| 8/29/2008 | PS-P | Receive and review emails from Bundren and from Roger and respond | 0.30 | 127.50 |
| | PS-P | Telephone conference with Sean O'Neal | 0.10 | 42.50 |
| 9/2/2008 | PS-P | Revise application to employ to add Schultheis disclosure | 0.30 | 127.50 |
| | PS-P | Receive and review letters and emails from investors regarding pending fee applications and finalize and file request for continuance | 0.40 | 170.00 |
| | PS-P | Telephone conference with Fittipaldi about pending motions and status of committee formation and other issues in case | 0.40 | 170.00 |
| | PS-P | Telephone conference with Frederickson about issues in case | 0.40 | 170.00 |
| 9/3/2008 | PS-P | Telephone conference with Poitras | 0.60 | 255.00 |
| | PS-P | Prepare committee agenda for Sept 5 meeting and handouts for members (1.2); telephone conference with Fittipaldi about formation of committee three times (.4); telephone conference with Lavelle about meeting | 1.80 | 765.00 |
| | PS-P | Telephone conference with Fittipaldi and conference call with Fittipaldi and Braun about noticing committee to meeting to all applicants | 0.40 | 170.00 |

Estate Financial Mortgage Fund, LLC

Page    22

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/4/2008 | PS-P | Prepare for committee meeting and multiple calls to Braun and Fittipaldi | 1.30 | 552.50 |
| | PS-P | Travel to and from San Luis Obispo for committee meeting (3.5); pre-meeting with Roger F. and clients (.5); attend meeting (3.0) | 7.00 | 2,975.00 |
| 9/5/2008 | PS-P | Telephone conference with Poitras about meeting, case status, and many other issues | 0.70 | 297.50 |
| | PS-P | Telephone conference with Adams | 0.20 | 85.00 |
| | PS-P | Telephone conference with James Buckley | 0.20 | 85.00 |
| | PS-P | Telephone conference with Adams and review court docket for Sept 9 | 0.30 | 127.50 |
| | PS-P | Telephone conference with Frederickson about various issues in the case | 0.50 | 212.50 |
| | PS-P | Prepare draft minutes of committee meeting on Sept 4 | 0.60 | 255.00 |
| | PS-P | Telephone conference with Barbara Englehardt | 0.40 | 170.00 |
| | PS-P | Receive and review series of emails from Poitras and respond or forward as appropriate | 0.80 | 340.00 |
| 9/6/2008 | PS-P | Review five emails from Poitras with attachments and respond as appropriate | 0.70 | 297.50 |
| 9/8/2008 | PS-P | Telephone conference with LaVelle about our trustee meeting and other (.3); email to Wheeler (.1); | 1.10 | 467.50 |

Estate Financial Mortgage Fund, LLC

<table>
<tr><td></td><td></td><td></td><td>Page</td><td>23</td></tr>
<tr><td></td><td></td><td></td><td>Hours</td><td>Amount</td></tr>
<tr><td></td><td></td><td>receive and review multiple emails from investors and Roger F. and respond to him and to Poitras (.4); Receive and review Dept of Corp. Refrain and Desist order and findings (.3)</td><td></td><td></td></tr>
<tr><td>9/8/2008</td><td>PS-P</td><td>Revise minutes for last committee meeting (.3); receive and review Trustees' motion to sell Montebello Oaks property and all supporting documents and declarations (.4); receive and review email from Wheeler and telephone conference with Poitras about meeting (.1)</td><td>0.80</td><td>340.00</td></tr>
<tr><td></td><td>PS-P</td><td>Send email to all committee members regarding trustee's motion to sell Montebello property</td><td>0.30</td><td>127.50</td></tr>
<tr><td></td><td>PS-P</td><td>Email to Fittipaldi requesting official designation of committee and members</td><td>0.20</td><td>85.00</td></tr>
<tr><td>9/9/2008</td><td>PS-P</td><td>Email to Poitras and response and email to clients about meeting on Thursday</td><td>0.30</td><td>127.50</td></tr>
<tr><td></td><td>PS-P</td><td>Receive and review court order continuing fee hearings and setting sale hearing</td><td>0.30</td><td>127.50</td></tr>
<tr><td></td><td>PS-P</td><td>Telephone conference with Roger F. about various (.2); telephone conference with Walter Anderson Insurance about committee member e & o insurance</td><td>0.40</td><td>170.00</td></tr>
</table>

Estate Financial Mortgage Fund, LLC

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/9/2008 | PS-P | Telephone conference with Stephen Gourley, administrative law attorney for Guth/Yaguda | 0.30 | 127.50 |
| 9/10/2008 | PS-P | Email from Lavelle and respond | 0.20 | 85.00 |
| | PS-P | Telephone conference with Bundren, investor; telephone conference with Poitras about meeting tomorrow | 0.60 | 255.00 |
| | PS-P | Telephone conference with Mike Davis, CPA, investor | 0.20 | 85.00 |
| | PS-P | Prepare memo to all committee members regarding three pending motions with recommendations as to our position on each | 0.80 | 340.00 |
| | PS-P | Receive and review Trustee's motions to extend time to file schedules and motion to employ Omni Management and Motion by Alvand Construction for relief from stay | 0.70 | 297.50 |
| | PS-P | Prepare for meeting tomorrow with trustees and subcommittee of investors | 0.50 | 212.50 |
| 9/11/2008 | PS-P | Meeting of subcommittee and two trustees in Paso Robles to go over their preliminary findings and plans | 7.50 | 3,187.50 |
| 9/12/2008 | PS-P | Receive and review email from investor | 0.10 | 42.50 |

Estate Financial Mortgage Fund, LLC

| | | | Page | 25 |
|---|---|---|---|---|
| | | | Hours | Amount |
| 9/12/2008 | PS-P | Telephone conference with Orgel about various | 0.60 | 255.00 |
| | PS-P | Telephone conference with John Lacey | 0.30 | 127.50 |
| | PS-P | Prepare memo to committee on meeting with Trustees yesterday | 0.50 | 212.50 |
| | PS-P | Letter to Poitras and Orgel about employing Sinsheimer firm | 0.40 | 170.00 |
| | PS-P | Email from Windler and respond | 0.20 | 85.00 |
| | PS-P | Receive and review Beall responses to opposition to fee applications | 0.20 | 85.00 |
| | PS-P | Prepare and submit on behalf of committee members application for professional liability coverage to insurance broker | 0.50 | 212.50 |
| | PS-P | Prepare memo to investors and email | 0.70 | 297.50 |
| 9/13/2008 | PS-P | Email from Orgel with draft motion and respond to him and email to committee members | 0.50 | 212.50 |
| 9/14/2008 | PS-P | Review and summarize trustees' proposed procedures motion into a memo to all committee members | 1.70 | 722.50 |
| 9/15/2008 | PS-P | Telephone conference with John Lacey (.3);  and finalize memo to committee members with summary of | 1.30 | 552.50 |

Estate Financial Mortgage Fund, LLC

| | | | Page | 26 |
|---|---|---|---|---|
| | | | Hours | Amount |
| | | trustees' proposed procedures motion | | |
| 9/15/2008 | PS-P | Office conference with Joseph Sholder about procedures motion | 0.40 | 170.00 |
| | PS-P | Telephone conference with William Adam | 0.30 | 127.50 |
| | PS-P | Telephone conference with Roger | 0.30 | 127.50 |
| | PS-P | Receive and reply to underwriter's questions regarding insurance for committee members | 0.30 | 127.50 |
| | PS-P | Emails from Roger F. and Fittipaldi and from Sherri Bell and respond as needed | 0.40 | 170.00 |
| 9/16/2008 | PS-P | Telephone conference with Adams about trustee motion | 0.50 | 212.50 |
| | PS-P | Telephone conference with Paul Ready about the various issues in the case and his intended legal position | 0.50 | 212.50 |
| | PS-P | Telephone conference with Orgel about his procedures motion and other issues in the case | 0.70 | 297.50 |
| | PS-P | Telephone conference with Frederickson and emails to and from Orgel | 0.50 | 212.50 |
| | PS-P | Email to investor | 0.10 | 42.50 |
| 9/17/2008 | PS-P | Prepare confidentiality agreement for sharing information with both trustees (.7); receive and review memo from Roger F. about Guth claims and | 1.60 | 680.00 |

**41**

Estate Financial Mortgage Fund, LLC

Page     27

| | | | Hours | Amount |
|---|---|---|---|---|
| | | telephone conference with him about same (.4); receive and review email from Bell and respond (.2); review daily court filings and orders issued (.3) | | |
| 9/17/2008 | PS-P | Email to both attorneys for trustees on several issues | 0.30 | 127.50 |
| | PS-P | Email to Poitras and Roger (.2); telephone conference with Adams (.3) | 0.50 | 212.50 |
| | PS-P | Office conference with Joseph Sholder about representation issues for other counsel and email to Roger F. and telephone conference with Roger | 0.70 | 297.50 |
| 9/18/2008 | PS-P | Emails to and from Poitras and Frederickson | 0.30 | 127.50 |
| | PS-P | Telephone conference with Poitras | 0.20 | 85.00 |
| | PS-P | Email to Fittipaldi | 0.10 | 42.50 |
| | PS-P | Email to and from investor and Sharp and telephone conference with Poitras about confidentiality agreement | 0.40 | 170.00 |
| | PS-P | Conference call with Juhnke and Frederickson about future actions in the case | 0.70 | 297.50 |
| | PS-P | Receive and review email from Poitras and Jensen letter to court re Montebello sale | 0.30 | 127.50 |

Estate Financial Mortgage Fund, LLC

Page    28

| | | | Hours | Amount |
|---|---|---|---|---|
| 9/19/2008 | PS-P | Prepare for and attend hearing on trustees' motion to sell Montebello St. and meeting with trustees and their attorneys | 3.50 | 1,487.50 |
| | PS-P | Telephone conference with Roger F. | 0.20 | 85.00 |
| | PS-P | Receive and review email from Englehart to all investors | 0.10 | 42.50 |
| | PS-P | Telephone conference with major fund investor | 0.20 | 85.00 |
| 9/22/2008 | PS-P | Email to Sorenson and multiple emails to and from Frederickson and trustee attorneys | 0.50 | 212.50 |
| | PS-P | Conference call with Poitras, Orgel, Juhnke, and Frederickson about breaking up the legal work in the two cases (.7); telephone conference with Roger and Dave (.6) | 1.30 | 552.50 |
| | PS-P | Prepare report to committee members about Friday hearing and trustee activities | 0.50 | 212.50 |
| | PS-P | Email to Roger F. about insurance for members | 0.20 | 85.00 |
| | PS-P | Receive and review email from Sorenson and respond | 0.10 | 42.50 |
| 9/23/2008 | PS-P | Brief research on ponzi scheme payments | 0.40 | 170.00 |
| | PS-P | Receive and review Poitras proposed orders | 0.20 | 85.00 |

**43**

Estate Financial Mortgage Fund, LLC

| | | | Page | 29 |
|---|---|---|---|---|
| | | | Hours | Amount |
| 9/23/2008 | PS-P | Email to Fittipaldi about second committee | 0.20 | 85.00 |
| | PS-P | Prepare agenda for 9/30 committee meeting | 0.60 | 255.00 |
| 9/24/2008 | PS-P | Review the days' pleadings and emails to and from Fittipaldi | 0.50 | 212.50 |
| | PS-P | Review Trustee's response to Alvand Construction motion for relief from stay and supporting declaration and the original motion and office conference with Joseph Sholder about proper response | 0.60 | 255.00 |
| | PS-P | Emails from Roger and investor about EFI committee status and issues and respond | 0.30 | 127.50 |
| 9/25/2008 | PS-P | Telephone conference with Roger F. | 0.30 | 127.50 |
| 9/26/2008 | PS-P | Telephone conference with Falstrom Esq., investor | 0.30 | 127.50 |
| | PS-P | Receive and review emails from Bell and Frederickson and respond (.3); telephone conference with Fittipaldi | 0.50 | 212.50 |
| | PS-P | Review trustees' joint motions to establish procedures and modify notice and supporting declarations and documents | 1.70 | 722.50 |
| 9/27/2008 | PS-P | Emails to and from Frederickson and receive and review email from | 0.20 | 85.00 |